# EXHIBIT B



O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823

T: +1 415 984 8700
F: +1 415 984 8701
omm.com

Anna Pletcher
D: +1 415 984 8994
apletcher@omm.com

July 19, 2021

**VIA EMAIL**

Michael T. Koenig, Esq.
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, D.C. 20530

**Re:**  ***United States of America v. Jayson Penn et al.*, 1:20-CR-00152-PAB-1
(D. Colo.)**

Dear Counsel:

I write on behalf of all Defendants. Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), this letter constitutes a supplement to the omnibus expert disclosure that Defendants made on May 14, 2021. Some or all Defendants in the above-captioned action may tender the expert testimony of Mark Chambers, Paul Sinowitz, and Edward A. Snyder on the topics described below under Federal Rule of Evidence 702.[1] As noted in Defendants' last disclosure, because the government continues to make substantial productions to Defendants and indicated that its discovery is ongoing, due to the volume of the government's data production to date, and because of Defendants' inability to predict the government's trial evidence, Defendants reserve the right to update and supplement this disclosure based on the witnesses' further analysis of the discovery; new facts or theories that the government discloses; or information Defendants or their counsel discover as the result of their ongoing investigations in this case.

---

[1] The government should not interpret Defendants' decision not to supplement the disclosures for their other experts as an indication that Defendants no longer intend to call those witnesses. That notwithstanding, Defendants withdraw their notice as to Pierre Cremieux, Ph.D., Bruce Deal, Sean Durkin, Ph.D., and Saul Kassin, Ph.D., and do not intend to call those individuals to testify at trial.



## I.     Mark Chambers

Mark Chambers, Ph.D. is an expert in clinical and forensic psychology. While the government has not disclosed which individuals it will call as witnesses in its case-in-chief, and discovery is still ongoing, Defendants provide this notice based on the assumption that certain testimony will be elicited from witnesses at trial whereby they are asked to describe recollections of events that occurred several years ago. Dr. Chambers' expert opinions would be based upon his training, experience, research, and review of relevant materials including, but not limited to, documents produced in discovery and relevant academic literature and peer-reviewed studies. Dr. Chambers is being compensated at an hourly rate of $400.

### A.     Qualifications

Dr. Chambers received his B.A. and M.A. at Stanford University, and a Ph.D. in clinical psychology from Northwestern University. While at Stanford, Dr. Chambers conducted research assessing the role that common, universal experiences play in the memory of stories and events. Dr. Chambers' clinical experience dates back to 1986, and Dr. Chambers has taught at the University of Nevada-Las Vegas and at the Pacific Graduate School of Psychology. Dr. Chambers has also served as Director of Legal Psychology Consulting, Clinical Supervisor at the Pacific Graduate School of Psychology. Dr. Chambers is currently a member of the American Psychology-Law Society.

Dr. Chambers has been in private practice since 1999. He has conducted over 2,000 forensic evaluations over the past 15 years, and has qualified as an expert witness in over 100 state, federal, and military courts. In 2019, Dr. Chambers was qualified as an expert in the fundamental tenets of human memory and the factors that influence the reliability of memory in the Tenth Circuit.

Dr. Chambers' qualifications are set forth in more detail in his curriculum vitae, attached as Appendix A.

### B.     Expected Testimony

Dr. Chambers is expected to testify on the fundamental tenets of human memory and the factors that influence the reliability of memory. Dr. Chambers would testify that memory is reconstructive, not productive: in other words, memory is not a literal reproduction of an original event, but that it is formed from bits and pieces of information that have been retained over time and put back together by the individual, and that it is therefore malleable. Dr. Chambers would apply his expertise when considering facts related to a witness' individual characteristics, as well as the circumstances and processes of witness interviews conducted in the government's investigation, particularly those witnesses who offer testimony at trial about recollections of events occurring several years ago. Dr. Chambers is expected to testify based on his extensive experience in this field, his knowledge of the relevant peer-reviewed studies and academic literature, and his review of memoranda of interviews and other materials in this case. He would detail the principles



and methodology employed in those studies and literature and identify whether certain identified risk factors with respect to false memory, cognitive dissonance, and false confessions were present in the interviews at issue. Dr. Chambers' testimony may include the following areas relevant to this case:

**Memory errors and false memories -** With respect to memory errors or false memory, Dr. Chambers is expected to testify that there are two basic kinds of memory errors: (1) errors of omission and (2) errors of commission. An error of omission is when something is forgotten. The more time there is between when an event occurred and when an individual tries to recall it, the less precise that memory is due to a basic decay of memory over a period of time. How long the decay of memory takes depends upon the nature of the memory, what else has occurred since the event, and other factors. Dr. Chambers is expected to testify that memory errors involve adding or changing details of a memory or an incident, over time. This happens because, as time passes, memory decay creates a vacuum or void in a memory, which may be susceptible to being filled in from other sources.

**Cognitive dissonance -** Dr. Chambers is expected to testify that an intentional false statement may become a false memory. This occurs when an individual makes an allegation or statement that they know is not true, either in whole or part, and then over time, they come to believe their own false statement. This occurs through a process that is known as "cognitive dissonance," which refers to a discrepancy between an individual's beliefs or knowledge and their behavior. When individuals act in a way that runs counter to their morals or belief system—for example, making a false allegation against another individual—that generally causes discomfort. In many cases, according to the "cognitive dissonance" theory, the individual's attitude or belief system changes to be in line with their behavior, in order to relieve that discomfort caused by cognitive dissonance.

**False confessions -** Dr. Chambers is also expected to testify about situational or dispositional factors that could elicit confessions and the process of internalizing a false confession. Dr. Chambers' expert opinions would cover the fundamental tenets of social influence, motivation, and human memory, particularly as related to the psychology of confessions and the situational factors that increase the risk of compliant and internalized false confessions.

## II. Paul Sinowitz

Paul Sinowitz is an expert in the wholesale chicken market, supply chain management, and the purchase and sale of broiler chickens. He has over 40 years of experience in the wholesale protein industry. From 1999-2003 he was the Senior Director of Fresh Poultry Purchasing and Senior Director of Strategic Purchasing for United Food Purchasing Coop ("UFPC"), the cooperative which purchased broiler chicken for Yum! Brands Inc., the parent company of Kentucky Fried Chicken ("KFC"), Taco Bell, and Pizza Hut. UFPC was the predecessor to Restaurant Supply Chain Solutions ("RSCS"). As Senior Director of Fresh Poultry Purchasing at Yum! Brands, he supervised Bob Lewis, the Director for Poultry for UFPC. During Mr. Sinowitz's tenure at Yum! Brands, its annual



sales exceeded $27 billion. Mr. Sinowitz has worked in supply, purchasing, and procurement on behalf of brands such as El Pollo Loco, Sonic, MGM Resorts International, as well as all of the Yum! Brands. He is presently employed by Qdoba Mexican Eats as its VP of Supply Chain, with responsibility for more than 800 stores.

Mr. Sinowitz is an expert in the procurement of poultry for quick-service restaurants ("QSRs") and other restaurants. He has overseen the purchase and distribution of billions of dollars in fresh poultry for QSRs and has extensive knowledge of cost-plus pricing models, poultry supply contracts, pricing and industry practices, franchise practices, and poultry negotiations. He has worked in senior positions procuring poultry throughout the period of the alleged conspiracy and is an expert in the market conditions during the relevant time. His experience includes procuring all food items for more than 5,000 KFC locations, procuring food, beverage, and packaging for 3,500 Sonic locations, and sourcing for Advantica Restaurant Group, the largest family style restaurant group in the world, with brands such as El Pollo Loco, Denny's, and Hardee's.

Mr. Sinowitz has a bachelor's degree in Animal Science from New Mexico State University. He is being compensated for his time working on this case at an hourly rate of $250. A copy of his résumé is attached as Appendix B.

## A. Expected Testimony

Mr. Sinowitz is expected to testify about market conditions affecting prices, sales, negotiations, and the supply of broiler chickens throughout the period alleged in the superseding indictment, including industry trends with respect to number of suppliers, bird size, costs, geographic distribution in the industry, and availability of birds. He is expected to testify about specialized industry practices affecting the prices, sales, negotiations, relationships, and supply of broiler chicken throughout the period, including the use of various pricing models, breeding, allocation practices, animal welfare practices, antibiotics, and industry-wide contractual obligations. He is also expected to testify about information exchange practices among suppliers and QSRs or their distributors in the context of solicitation and acceptance of bids for supply contracts, covering of supply shortfalls and post-bid reviews by QSRs and suppliers. He is also expected to testify about supply-chain management for broiler chickens throughout the United States during the period of the alleged conspiracy, including geographic distribution, shipping, consequences of disruptions, practices regarding covering of supply shortage or supply excess and the impact on franchise networks.

Mr. Sinowitz is expected to offer the expert opinion that for poultry focused QSRs such as KFC, Popeyes, Church's and Chick-fil-A, the most important consideration was ensuring consistency and adequacy of supply, because if they did not have enough chicken, they had little else to sell. The second most important consideration was quality, both of product and of service. Price followed behind consistency of supply and product quality in order of importance to QSRs. He is also expected to offer the expert opinion, based on his vast experience, that customers such as RSCS wanted all suppliers' prices to be as similar or close to each other as possible, to avoid some franchisees having to pay more than others.



To achieve this, QSRs such as RSCS negotiated with suppliers to get their prices and margins as close to each other as possible. A tactic often used by QSRs including RSCS was to tell one supplier that its price or margin was "x percent too high," or "x percent higher than others," and that if they did not fall in line with the others' bids, they would lose the QSRs' business.

Mr. Sinowitz is expected to testify that the opinions of franchise owners about suppliers needed to be taken into account.

Mr. Sinowitz is also expected to offer the opinion that QSRs (including RSCS) expected suppliers to cover for each other when one had a short or shortage, i.e., could not cover its supply obligations. QSRs expected suppliers to communicate with each other and attempt to resolve such problems amongst themselves, without needing to resort to the customers for assistance. QSRs such as RSCS wanted the suppliers to communicate with each other and expected it to happen.

Mr. Sinowitz is also expected to testify that it was important for customers to limit their "less than truckload" shipments, because if trucks were not full, freight costs per item would be higher.

Mr. Sinowitz is expected to testify based on his 40 years of experience in the industry that chicken suppliers like Pilgrim's Pride Corporation, Tyson Foods, Inc., Mar-Jac Poultry, Inc., Koch Foods, and George's Inc. competed with each other. There is no doubt that in every contract cycle, buyers would award loads of chicken based on that competition. Volume and allocation would be shifted by the buyer to different suppliers based on that competition – some suppliers would be awarded more loads, other suppliers would lose loads. Although the suppliers communicated with each other, as the customers knew, the suppliers made independent decisions on pricing in order to compete for business. Mr. Sinowitz is expected to testify that information about pricing was widely available and known in the industry, and that competitors knew each others' pricing. They were trading loads daily, and pricing was widely available to experienced participants in the broiler chicken industry. Among other sources of information, they got pricing information from competitors. When suppliers collected information about competitors, they were engaging in a customary competitive business practice - doing their due diligence so they could compete aggressively to win more business. Experienced customers such as himself would notice immediately if a supplier tried to increase its pricing. When there were price increases, he expected to see them across all suppliers, because the same factors and market conditions affected every supplier.

Mr. Sinowitz is expected to testify that selling larger birds was far more efficient and profitable for suppliers, and that during the time period alleged in the superseding indictment, suppliers were trying to shift from smaller birds to larger birds, because bigger birds were more profitable.

Mr. Sinowitz is also expected to testify about his work developing the Supplier Business Relationship Agreement ("SBRA"), which contained a "most favored nation"



clause that dictated that if a supplier gave a better deal to any other customer, it would have to be passed on to RSCS as well.

Finally, Mr. Sinowitz is expected to testify about the market positions of the various suppliers, including that Claxton was not a true competitor of Pilgrim's, Tyson, Mar-Jac, George's, and Koch, because Claxton had only one plant and could not materially increase its ability to supply chicken. Thus, it could not have taken business from the larger suppliers.

## III.   Edward A. Snyder

Professor Edward A. Snyder, Ph.D. is an expert in industrial organization economics, as described in Defendants' initial disclosure. A supplement to Professor Snyder's expected testimony is below. Professor Snyder's expert opinions are expected to be based upon (1) his review of relevant outcomes regarding bids, prices, and volumes; (2) his analyses of data on broiler chicken production and sales produced in discovery and other investigative materials in this case; (3) his review of the relevant economic research and academic literature; (4) his review of agency guidelines on indicators of price fixing and bid rigging; and (5) his education and training, experience, and specialized knowledge in the field of industrial organization. Professor Snyder is also expected to offer commentary regarding the evidentiary record at trial including communications among Defendants and alleged coconspirators, as well as other market participants and rely on such evidence in the record to complement his economic analysis of observed outcomes. Professor Snyder is being compensated at his customary rate of $1,400 per hour. He is being assisted by the staff of Analysis Group, Inc. in this matter and receives compensation based on the professional fees of Analysis Group. Professor Snyder's compensation is not contingent upon the nature of his findings or on the outcome of this case. A copy of his curriculum vitae is attached as Appendix C, and a list of matters in which Professor Snyder has provided testimony in the last four years is attached as Appendix D.

### A.   Expected Testimony

In addition to the topics identified in Defendants' May 14, 2021 omnibus expert disclosure, Professor Snyder may provide opinions on the areas identified below. Because discovery in this matter is still ongoing and Defendants cannot anticipate the evidence the government will produce in discovery or offer in its case-in-chief, Defendants reserve the right to ask Professor Snyder to provide testimony on other topics and to further update and supplement this disclosure as appropriate.

#### 1.   Assignment

Professor Snyder is expected to provide expert economic analyses of the following aspects of this case:

a.   The broiler chicken industry—including the economic characteristics of the industry, and the bidding processes,

outcomes, and the relevant context attendant to the industry and events at issue;

b.    Whether various types of information exchange would be expected to occur absent any agreement to fix prices or rig bids;

c.    Whether the "episodes" highlighted in the superseding indictment exhibit economic indicia of price fixing or bid rigging;

d.    Whether the observed outcomes regarding bids, prices, and volumes are consistent with independent, self-interested decision making by suppliers; and

e.    Whether the types of at-issue behaviors are consistent with independent, self-interested decision-making by suppliers.

Professor Snyder is also expected to respond to testimony or evidence offered by government witnesses within the scope of his expertise.

### 2.    Economics of Price Fixing

Professor Snyder is expected to testify that similar prices or bids across competitors can occur absent an agreement to fix prices or rig bids. For example, if suppliers face increases in costs, they may pass on such cost increases, in whole or in part, by increasing prices to their customers. Professor Snyder is expected to testify that the observed price increases could be caused by factors other than price fixing or bid rigging, including changes in supply and demand or changes in product mix.

Professor Snyder is also expected to testify that the DOJ and antitrust economists have developed various indicia of price fixing and bid rigging,[2] and to apply those indicia to alleged "episodes" of collusion. Professor Snyder is expected to testify that those economic indicia do not point to the existence of the conspiracy that the superseding indictment alleges.

### 3.    The Broiler Chicken Industry

Professor Snyder is expected to testify about competitive dynamics in the broiler chicken industry, including but not limited to supply, demand, production cycles, industry structure, product differentiation and mix, supply and distribution chains, and the need for careful coordination across suppliers, growers, and buyers. Professor Snyder is also expected to testify about the characteristics of, and differences in, purchasing processes for

---

[2] *See, e.g.*, The Department of Justice, "Price Fixing, Bid Rigging, And Market Allocation Schemes: What They Are And What To Look For," February 2021, available at https://www.justice.gov/atr/file/810261/download.



broiler chicken products, including ongoing negotiations, contracting, matching, and information exchange between buyers and suppliers. Professor Snyder is also expected to testify about suppliers' optimizing behavior predicted by economic theory—profit-maximizing suppliers have an objective to optimize bid prices and volumes (a) across multiple buyers, (b) across different business segments, and (c) over time.

### 4.        Information Exchanges

Professor Snyder is expected to testify about the economic role that information exchanges—between and among buyers and suppliers—play in the broiler chicken industry, both generally and in the specific context of the alleged "episodes" of collusion in the superseding indictment. Professor Snyder is expected to testify that such information exchanges can help buyers negotiate lower prices with some suppliers; improve suppliers' planning and investment; enable suppliers to mitigate risks and help ensure the availability of steady supply to end consumers; facilitate cross-supplier transactions; and promote more informed decision-making by suppliers and buyers. Professor Snyder is expected to testify that for these reasons and others, such information exchanges would likely occur in the absence of any price-fixing or bid-rigging agreement.

### 5.        Economic Analysis of the "Episodes" of Alleged Collusion

Professor Snyder is expected to testify about the product sales at issue in the "episodes" of alleged collusion and the economic implications of those data, including as applied to the conspiracy allegations in the superseding indictment and in comparison to sales of other products during the relevant period. Professor Snyder is also expected to analyze the observed outcomes and data and test for indications of supracompetitive pricing. Professor Snyder is expected to use standard economic benchmarking techniques, among others, in support of his testimony on that topic.[3] Professor Snyder is expected to testify that the outcomes related to the "episodes" are not consistent with those that economists would expect to find in the presence of a price-fixing or bid-rigging agreements.

Professor Snyder is also expected to testify about the business strategies that suppliers adopted during the charge period, the application of those strategies to the "episodes" of collusion, and how differences in those strategies would make entering into and maintaining agreements to fix prices or rig bids in the broiler chicken industry difficult. Similarly, Professor Snyder is expected to testify about the purchasing strategies that buyers adopted during the charge period; how those strategies often prompted buyers to provide detailed and individualized feedback to suppliers about competitors' prices, including during the "episodes"; and the way in which some purchasers drove suppliers to bid in a narrow range of prices. Professor Snyder is expected to testify about how the observed outcomes are consistent with each set of business strategies, and how those strategies are consistent with unilateral, profit-maximizing firm behavior.

---

[3] Professor Snyder is expected to prepare charts and figures to support this testimony.

O'Melveny

---

**6.     Economic Analysis of Conduct Underpinning the Alleged Collusion**

Professor Snyder is expected to draw on economic research, record documents, and sales data to provide an economic analysis of the categories of conduct featured in the superseding indictment. Specifically, Professor Snyder is expected to testify that from an economic perspective, the following categories of behavior can be consistent with unilateral, profit maximizing decision-making:

a.     Suppliers declining requests to assist competitors by compensating for their supply shortfalls;

b.     Suppliers declining requests from customers to alter or adjust their product mix;

c.     Suppliers passing on production cost increases, in whole or in part, to customers;

d.     Suppliers avoiding "price wars" with competitors for certain contracts;

e.     Suppliers taking steps to increase profit margins for certain products; and

f.     Suppliers agreeing to or not agreeing to a buyer-requested discount.

g.     Suppliers seeking to evaluate the veracity of information received from others, including buyers.

O'Melveny

Sincerely,

*/s/ Anna Pletcher*

Anna Pletcher

of O'MELVENY & MYERS LLP

cc:     All Counsel of Record

# **Appendix A**

# **Curriculum Vitae of**
# **Mark Chambers, Ph.D.**

Curriculum Vitae

**MARK J. CHAMBERS, PH.D.**
8275 S. Eastern, Suite 200
Las Vegas, NV  89123
(702) 614-4550

LICENSURE   NV License No. PY267

EDUCATION

| | | |
|---|---|---|
| 1979 | Stanford University | B.A.  (Psychology) |
| 1980 | Stanford University | M.A.  (Education) |
| 1988 | Northwestern University | Ph.D. (Clinical Psychology) |

ACADEMIC HONORS

| | |
|---|---|
| Undergraduate: | B.A. with Distinction; Phi Beta Kappa |
| Graduate: | Northwestern University Presidential Fellowship, 1984-85 |
| | Walter Dill Scott Fellowship, 1986 |

PROFESSIONAL ASSOCIATIONS

American Psychology-Law Society
Diplomate, American Academy of Sleep Medicine

FORENSIC EXPERIENCE

❑ 2000+ forensic evaluations for public and private agencies over the past 15 years
❑ Qualified as an expert witness in District, Federal and Military Courts for both civil and criminal litigation. Serve as expert for both prosecution and defense.
❑ Areas of expertise include, but are not limited to:
  ‣ counterintuitive victim behavior/tonic immobility/domestic violence
  ‣ risk of sexual reoffending/rehabilitation potential, including child porn possession
  ‣ false sexual assault allegations
  ‣ coerced confessions
  ‣ suggestibility/child interview techniques
  ‣ eyewitness unreliability/memory issues
  ‣ competency to stand trial/criminal responsibility;
  ‣ child custody and parental fitness
  ‣ sleep disorders/effects of sleeping medications
  ‣ drug/alcohol effects on judgment, decision making, memory, perception
  ‣ sentencing mitigation/diminshed capacity
  ‣ fight or flight/behavior under duress

**Mark J. Chambers, Ph.D.**                                                                 **Page 2**

CLINICAL EXPERIENCE

1999-present: Private Practice
- Evaluation and treatment of childhood behavior disturbances
- Attention deficit hyperactivity disorder assessment and management
- Parental skills training/Family therapy
- Evaluation and treatment of adult mood and anxiety disorders
- Stress management training
- Behavioral medicine
- Psychological testing
- Educational evaluations
- Sleep disorders.

2000-2004: American Sleep Diagnostics
*Clinical Director*
- Coordination of all clinical activities
- Assessment of patients
- Interpretation of test data
- Supervision of technical staff
- Consultation to referring physicians
- Community education/public relations

1993-1999:  The Sleep Clinic of Nevada
*Clinical Director*
- Coordination of all clinical activities
- Assessment of patients
- Interpretation of test data
- Training and supervision of technical staffB
- Behavioral management of clinic patients
- Consultation to referring physicians
- Community education/public relations

1988-92: Stanford University Medical Center
*Program Director*
- Coordination of assessment and treatment of patients
- Clinical  researchP
- Program budget analysis
- Psychophysiological testing

**Mark J. Chambers, Ph.D.**                                                        **Page 3**

CLINICAL EXPERIENCE (cont)

    1987-88: Dallas Child Guidance Clinic
        *APA-Approved Clinical Internship*
        ▸   Psychological assessment
        ▸   Psychotherapy (family, group, and individual play therapy)
        ▸   Behavior therapy and parental skills training
        ▸   Forensic assessment
        ▸   Child sexual abuse assessment and treatment

    1986-87: Outpatient Psychiatry, Evanston Hospital
        *Clinical Practicum*
        ▸   Clinical assessment
        ▸   Psychotherapy (individual adult and child therapy)


TEACHING EXPERIENCE

    1994-2001: University of Nevada-Las Vegas
        *Instructor*
        Courses: Introductory Psychology

    1990-92: Pacific Graduate School of Psychology
        *Associate Professor*
        Courses: Research Methods, Statistics I, Statistics II, Research Group


OTHER PROFESSIONAL EXPERIENCE

    1992-1999: Legal Psychology Consulting
        *Director*
        ▸   Independent consultation to attorneys, district attorney's office, government
           agencies, judges, on cases involving psychological issues.

    1989-92: Pacific Graduate School of Psychology
        *Clinical Supervisor*
        ▸   Clinical supervision of graduate students in first-year practicum placements

    1986-87: Leo Burnett Company
        *Research Associate*
        ▸   Primary and secondary research concerning the effects of children's advertising
           and related issues

# **Appendix B**

## **Résumé of Paul Sinowitz**

# Paul Sinowitz

# 136 I Avenue

# Coronado CA 92118

# [paulsinowitz@gmail.com](mailto:paulsinowitz@gmail.com)

# 702-418-7133

## Professional Experience

### Qdoba Mexican Eats
### June 2019- Present

#### *Vice President Supply Chain*

Responsible for entire supply chain for 800 store chain. Managed spend over $500 million. Spend includes FF&E, OSE and F&B. Built new team from ground up. Created stand alone organization after breakout from Jack in the Box. Recruited, hired and trained 10 new employees for supply chain positions. Implemented new supply chain system, Arrowstream

### MGM Resorts International
### (2015 to 2019)

#### *Vice President Global Sourcing*

Responsible for negotiating, writing and implementation of all F&B (Food & Beverage), OSE (Operational Supplies & Equipment), Facilities and Professional Service contracts and programs for 27 MGM Resorts International properties in seven states. Developed and implemented category strategies for all verticals to increase program utilization by $500

million annually, and lower costs by $200 million.  Led global sourcing efforts in pursuit of an ongoing Japanese Integrated Resort's license. Led a direct team of 6 Executive Directors and Directors, with a global sourcing team of 30 team members.

## MGM Resorts International                                                    (2013 to 2015)

### *Vice President Food and Beverage Sourcing*

Responsible for development, negotiation and implementation of all food and beverage contracts for 27 MGM Resorts International properties. Administered spend of $500M annually. Management of supply chain for over 20K sku's of food items, and 13K sku's of alcohol products.  Increased corporate beverage support from $1.5M to $13M in 2 years. Led ten team members covering specific fields such as protein, seafood, produce, bakery, wine, spirits and beer.  Implemented and managed over 200 Profit Growth Programs, with an expected increase in EBITA of $20M. Oversaw eight separate broadline distribution houses, and corporate relationships. Proficient in the use of the Stratton Warren, MS Office, Ariba RFP, and Coupa contract systems.

## Caesar's Entertainment   (2009 to 2013)

### *Director of National F&B, OSE & Distribution*

Responsible for negotiating and implementing all national F&B and OSE contracts exceeding $800M in annual spend. Directly responsible for all items used by 53 major hotel and casinos throughout the U.S.   Managed five direct reports covering specific fields such as produce, protein, bakery,

disposables, grocery, china, glass, silver, and alcohol. Responsible for all strategic positions taken on behalf of Caesar's Entertainment in the commodity markets of soybean oil, sugar, wheat, orange juice, coffee, and butter. Negotiated and managed all distribution relationships. Oversaw 15 separate broadline distribution houses and corporate relationships. Proficient in the use of the Stratton Warren, MS Office, Ariba, RFP, and Coupa contract systems.

**Sonic Industries (2003 to 2009)**

*Vice President of Purchasing & Distribution*

Responsible for negotiating, purchasing and system logistics for all Food & Beverage and packaging items to supply 3,500 Sonic restaurants. Total purchases exceeded $1.0 billion. Responsible for the development of strategic goals for the purchasing department, which consisted of seven team members. Developed and nurtured a business relationship between marketing, operations and the purchasing departments that allowed for the development and national launch of over 50 new items per year. Worked with more than 400 franchisee owners in the management of store profit and loss. Implemented input cost program for the supply chain. Managed reopening of 700 stores impacted by hurricane Katrina.

**Yum! Group ~ KFC, Taco Bell, Pizza Hut, LJ Silver's & A&W (1999 to 2003)**

*Senior Director of Strategic Purchasing (2001 to 2003)*

Responsible for procuring all food items totaling more than $1.5 billion for 5,400 KFC restaurants. As a Center of Excellence for Yum! brands, was responsible for poultry items at Taco Bell, Pizza Hut, Long John Silvers, and A&W restaurants. Oversaw a staff of 11, including directors, managers and buyers. Controlled annual expenses for sourcing department.

Developed goals and objectives for the team and communicated their progress to the Board of Directors.  Worked with more than 800 franchisee owners to develop strategic procurement plans.  Negotiated long-term strategic contracts with suppliers. Purchased commodities including corn, soybean meal and soy oil.  Accountable for presenting purchasing strategies to franchisees, and the KFC Corporation at 14 regional and national meetings throughout the year.  Yum! Annual system sales were more than $27 billion.

*Senior Director of Fresh Poultry Purchasing (1999 to 2001)*

Responsible for procuring Fresh Poultry totaling more than $800 million. Oversaw a staff of three. Developed goals and objectives for the team and communicated their progress to the Board of Directors.  Worked with franchisee owners to join initiatives to purchase as a group.  Negotiated long-term strategic contracts with suppliers. Purchased commodities including corn and soybean meal as a component of the cost-plus model.

## Advantica Restaurant Group                                                    (1995 to 1999)

*Senior Purchasing Manager*

Solely responsible for sourcing, analysis, and procurement of more than 500 items for seven concepts: Denny's, Coco's, Carrows, El Pollo Loco, City Range, Quincy's and Hardee's. Advantica was the largest family-style restaurant company in the world.  Assisted research and development teams of all concepts in creating new menu items and improving standard menu items.  Managed a staff of four. Worked closely with all restaurant operators including corporate presidents, vice presidents and franchisees, for market analysis in the direction and timing of all promotions.  Advantica annual sales were more than $5 billion.

**Other**
**Experiences**
**(1979 to 1986)**

_Harvest Meat 1988-1995, National account buyer_

_Niles Foods 1986-1988, VP Sales_

Worked as plant Forman for world's largest beef slaughter plant in Garden City, Kansas. Worked all aspects of world's largest hog processing facility in El Paso, TX. Promoted into Boxed Beef Sales. Worked throughout the country selling fresh beef.  Worked with N.M slaughter and processing facility teaching slaughter techniques to college students.

.

## Education

B.S. in Animal Science, New Mexico State University, 1983

Student Body President, New Mexico State University, 1982

Private Pilot license expected in 2020

## Certifications/ Membership

CRT Tequila certification (Mexican Government), 2017

Level one Sommelier, 2015

Currently serving as a Board Member for Dignity Heath Hospital Systems

# Appendix C

# Curriculum Vitae of
# Edward A. Snyder, Ph.D.

December 2020

# EDWARD A. SNYDER

**CONTACT INFORMATION:**

email:  tsnyder@yale.edu

regular mail:                                          express mail:

Yale School of Management                    Yale School of Management
P.O. Box 208200                                     165 Whitney Avenue
New Haven, CT 06520-8200                   New Haven, CT 06520

office tel.:  203-432-6037                       website:  http://edwardasnyder.com/

**EDUCATION**

B.A., Colby College, 1975 (Economics, Government)

M.A., University of Chicago, 1978 (Public Policy)

Ph.D., University of Chicago, 1984 (Economics)

**CURRENT APPOINTMENTS**

**Yale School of Management**
William S. Beinecke Professor of Economics and Management

- *Research*:
  o Industrial Organization, Antitrust and Competition Policy, Law & Economics, Management, Analysis of High-Tech Industries

  *Teaching*:

  o "Economic Analysis of High-Tech Industries"; Spring I 2020; Fall 2020
  o "Analysis of Global Competition Law" (co-taught with Pierre Cremieux and Fiona Scott Morton); Fall 2013 and Fall 2014.
  o "Field Project in Commercial Real Estate Development" (co-taught with Roland Betts); Fall 2015.
  o Guest lecturer for "Antitrust Law" (Yale Law School); Spring 2019.

**Yale Department of Economics**
Professor of Economics (Secondary Appointment)

**Global Network for Advanced Management**
Chairperson

**PREVIOUS APPOINTMENTS**

**Yale School of Management**
Indra K. Nooyi Dean and William S. Beinecke Professor (July 2011 – June 2019)

1

December 2020

*Decanal Responsibilities*:  Overall academic, financial, and administrative leadership of Yale School of Management (Yale SOM)

*Major achievements and initiatives*:

- o Conception and development of the Global Network for Advanced Management (GNAM), a network of 30 top business schools.
- o Conception and introduction in 2012 of the Master of Advanced Management – a one-year degree program, post-MBA, for students from GNAM member schools; introduction in 2017 of Master of Management Studies, a one-year degree program with multiple tracks of study.
- o Introduction of the Global Studies Requirement and Global Studies Accounts for all MBAs and MAM students.
- o New Leadership Curriculum for all MBAs and MAM students.
- o Establishment of the Initiative for Organizational Performance.
- o Launch of school-wide initiatives on Asset Management, Healthcare, and Sustainability.
- o Development and introduction of Foundational Courses for Yale Masters-level students and Yale College students.
- o Build-out of Yale SOM's Entrepreneurship Program and appointment of Inaugural Director of Entrepreneurship Programs.
- o Substantial increase in scholarship support for Masters-level students.
- o Led establishment of Yale Center Beijing in 2014 and responsible for subsequent management of the Center.
- o Establishment of the Yale SOM Council of Global Advisors.
- o Increased levels of alumni involvement; the highest percentage of annual giving by alumni of any Yale academic unit.
- o Eight consecutive years of operating surpluses (FY2012 – FY2019).

*School and University Service*:

- o Member of the Yale University Cabinet (2013 – 2017).
- o Member of the Yale University Cabinet Steering Committee (2016 – 2017).
- o Member of the Yale School of Management Board of Advisors (2011 – 2019).
- o Member of Yale SOM's Appointments, Curriculum, and Strategy Committee (2014 – 2017).
- o Member of the Yale University Carbon Task Force (2015 – 2016).

**University of Chicago, Booth School of Business**
Dean and George Shultz Professor of Economics (July 2001 – June 2011)

*Decanal Responsibilities:*  Overall academic, financial, and administrative leadership of the school.

*Teaching responsibilities:*  Economic Analysis of Major Policy Issues (co-taught with Gary S. Becker and Kevin M. Murphy).

*Editor*:  Journal of Law & Economics (2002 – 2009)

*Major achievements and initiatives:*

- o Dramatic increases in the number of endowed faculty professorships, endowed faculty fellowships, and the endowments in research and teaching centers.
- o Nine years of 17.1% annual growth of MBA scholarship support.

2

December 2020

- o Naming of the school with unrestricted funds provided by David Booth – the largest gift ($300m) to the University of Chicago and the largest gift ever to a business school.
- o Increased the school's endowment from approximately $200m in 2001 to over $500m, independent of the Booth gift.
- o Substantial improvements in the influence, visibility, and recognition of the school, including improved rankings, e.g., BusinessWeek #1 rankings in 2006, 2008, and 2010, and Economist #1 rankings in 2006 and 2009.
- o Improvements in the quality and diversity of the MBA classes.
- o Large increases in support for PhD students, including dramatic increases in endowment for PhD program.
- o Established the Global Advisory Board, with Councils for Asia; the Americas; and Europe, Middle East, and Africa.
- o Oversaw the launch of the Initiative on Chicago Price Theory, which became the Becker Center.
- o Developed funding for the Fama-Miller Center.
- o Successfully moved the School's Europe Campus from Barcelona to London.
- o Moved into the school's new campus (Harper Center) in Hyde Park on time and on budget.
- o Developed first-of-kind positioning advertising campaign by a business school.
- o Appointments of two women to decanal positions.
- o Elimination of debt on three facilities.
- o Cumulative operating surpluses of $100.4m over nine-year period.

*University Service:*

- o Member, Academic Leadership Group (July 2001 – June 2010).
- o Oversight Responsibilities for two University Centers (Stigler Center and Becker Center).
- o Member, Provost Ad Hoc Tenure Review Committees (2002 – 2010).
- o Member, Board of Directors, Argonne National Laboratories (July 2008 – June 2010).
- o Member of various Dean and VP Search Committees (2003 – 2009).
- o Advisory work on University's globalization efforts (2007 – 2010).
- o Member, Social Sciences Deans Group, (2009 – 2010).

**University of Virginia**
Dean and Charles C. Abbott Professor of Business Administration (July 1998 – June 2001)

*Decanal Responsibilities:* Overall academic, financial, and administrative leadership of the Darden School.

*Major achievements and initiatives:*

- o First MBA Program growth in 24 years.
- o Increase in nine-year capital campaign from $98m to $212m.
- o Establishment of Batten Institute in 1999.
- o Established Financial Self-Sufficiency for the Darden School, eliminating reliance on unrestricted state support.
- o Completion of Phase II of new Darden Grounds.
- o Increased diversity of MBA classes.
- o Appointments of two women to decanal positions.
- o Appointments of two African-Americans to faculty positions.
- o Innovative programs on e-business with global partners.

December 2020

  o Established program partnerships with University of Michigan and University of California at Berkeley.

**University of Michigan**
Senior Associate Dean, University of Michigan Business School (1995 – 1998)

 *Responsibilities*: MBA Programs (full-time, evening, global), BBA Program, and Masters of Accounting Program. Managed School international programs and corporate relationships. Oversight of Admissions & Student Services and the Office of Career Development. Significant responsibility for faculty recruitment and development. Member of School's Executive Committee.

 *Major achievements and initiatives:*

  o Global initiatives including International Multi-disciplinary Action Program (IMAP) and Brazil node of Global MBA program.
  o Integration of admissions and career development functions.
  o Rationalization of real estate curriculum.

Director, Davidson Institute at the University of Michigan Business School (1992 – 1995)

 *Responsibilities*: Executive and academic leadership to establish a legally independent Institute focused on business and public policy issues in transition economies and emerging markets.

 *Major achievements and initiatives:*

  o Developed corporate relationships in China, Central Europe, India, and Russia, and with U.S. firms committed to operating in transition economies.
  o Major research initiative on bank privatization in Central Europe and Russia.
  o Design and development of in-company projects involving teams of Master's-level students working in transition economies.
  o Design and delivery of executive education programs for managers from transition economies.
  o Progressive increases in outside funding contributing to a $3m quasi-endowment for the Institute.

Chair, Business Economics and Public Policy (1992 – 1995)

 *Responsibilities*: Curriculum and staffing of BBA and MBA courses. Faculty development of group of 11 faculty members specializing in business economics.

Faculty Member (1982-1994)

 *Responsibilities*: MBA Core course coordinator of *Applied Microeconomics* (four years). Design and development of *Competitive Tactics,* a course analyzing competition and cooperation among firms; marketing and distribution of products; and related antitrust issues.

Member, Board of Directors, Davidson Institute (focusing on transition economies and emerging markets) (1995 – 1998)

December 2020

Member, Executive Committee, Tauber Manufacturing Institute, University of Michigan (1996 – 1998)

Member, Executive Committee, Erb Institute (focusing on environmental management), University of Michigan (1996 – 1998)

Research Consultant, Federal Home Loan Bank Board / U.S. Senate Committee on Banking (1989)

Consultant, Antitrust Division, U.S. Department of Justice (1982-1985)

**University of Chicago**

John M. Olin Visiting Associate Professor, Center for the Study of the Economy and the State (1991 – 1992)

**Antitrust Division, U.S. Department of Justice**

Economist (1978 – 1982; intermittent service through 1985)

Staff Economist, National Commission to Review Antitrust Laws and Procedures (1978 – 1979)

## PUBLICATIONS

Articles in Journals:

"Enforcement of Anti-Collusion Laws Against Domestic and Foreign Firms" (Co-author: Pierre Cremieux), Journal of Law & Economics, Vol. 59 (November 2016), pp. 775-803.
Reprinted in Concurrences, No.4-2017.

"Proof of Common Impact in Antitrust Litigation: The Value of Regression Analysis", (Co-authors: Pierre Cremieux and Ian Simmons), The George Mason Law Review, Summer 2010, pp. 939-967.

"Bank Privatization in Transitional Economics: A General Framework with Application to Hungary's Magyar Kulkereskedelmi Bank Transaction", (Co-authors: Karen Schnatterly, Roger C. Kormendi, and Christopher Jereb), The Financier, vol. 5, No. 2 & 3 (1998), pp. 6-23.

"Allocation of Litigation Costs--American and English Rules," (Co-author: James W. Hughes) in The New Palgrave Dictionary of Economics and the Law, ed. Peter Newman, Macmillan Publishers Ltd, vol. 51 (1998), pp. 51-56.

"Transactional Structures of Bank Privatizations in Central Europe and Russia," (Co-author Anna Meyendorff), Journal of Comparative Economics, (August 1997), pp. 5-30.

"Privatization and Performance of the Czech Republic's Komercni Banka," (Co-author: Roger C. Kormendi), Journal of Comparative Economics, (August 1997), pp. 97-128.

"Litigation under the English and American Rules: Theory and Evidence," (Co-author: James W. Hughes), Journal of Law & Economics, vol. 38 (April 1995), pp. 227-250.

December 2020

*"United States v. United Shoe Machine Corporation*: On the Merits," (Co-author: Scott E. Masten), <u>Journal of Law & Economics</u>, vol. 36 (April 1993), pp. 33-70.
Reprinted in <u>Transaction Cost Economics</u>, vol. 2, O. Williamson and S. Masten, eds., (Edward Elgar Publishing, Ltd., London), 1995, pp. 588-625.
Reprinted in <u>Case Studies in Contracting and Organization</u>, S. Masten, ed., (Oxford University Press), 1996, pp. 224-254.
Reprinted in <u>Journal of Reprints for Antitrust Law and Economics</u>, issue on Landmark Antitrust Decisions Revisited, 26, 1997, pp. 643-680.
Reprinted in <u>Pricing Tactics, Strategies, and Outcomes</u>, (M. Waldman & J. Johnson, ed.). Cheltenham, UK: Edward Elgar Publishing. 2007

"Misuse of the Antitrust Laws: The Competitor Plaintiff," (Co-author: Thomas E. Kauper), <u>Michigan Law Review</u>, vol. 90, (December 1991), pp. 551-603.
Reprinted in <u>The Journal of Reprints for Antitrust Law and Economics</u>, vol. 25, no. 2, (1995), pp. 657-709.

"The Costs of Organization," (Co-authors: Scott E. Masten and James W. Meehan, Jr.), <u>Journal of Law, Economics, and Organization</u>, vol. 7, (Spring 1991), pp. 1-25.
Reprinted in <u>Transaction Cost Economics</u>, vol. 2, O. Williamson and S. Masten, eds., (Edward Elgar Publishing, Ltd., London), 1995, pp. 119-143.

"The English Rule for Allocating Legal Costs: Evidence Confronts Theory," (Co-author: James W. Hughes) <u>Journal of Law, Economics, and Organization</u>, vol. 6, (Fall 1990), pp. 345-380.

"The Effect of Higher Criminal Penalties on Antitrust Enforcement," <u>Journal of Law & Economics</u>, vol. 33, (October 1990), pp. 439-462.

"The Design and Duration of Contracts: Strategic and Efficiency Considerations," (Co-author: Scott E. Masten) <u>Law and Contemporary Problems</u>, vol. 52 (Winter 1989), pp. 63-85.

"The Origins and Resolution of the Thrift Crisis," (Co-authors: Roger C. Kormendi, Victor L. Bernard, and S. Craig Pirrong) <u>Journal of Applied Corporate Finance</u>, vol. 2 (Fall 1989), pp. 85-100.

"Vertical Integration in the U.S. Auto Industry: A Note on the Influence of Transactions Specific Assets," (Co-authors: Scott E. Masten and James W. Meehan, Jr.) <u>Journal of Economic Behavior and Organization</u>, vol. 12 (October 1989), pp. 265-73.

"New Insights into the Decline of Antitrust Enforcement," <u>Contemporary Policy Issues</u>, vol. 7 (October 1989), pp. 1-18.

"Policy Analysis of Medical Malpractice Reforms: What Can We Learn from Claims Data?" (Co-author: James W. Hughes) <u>Journal of Business & Economic Statistics</u>, vol. 7, (October 1989), pp. 423-431.

"Evaluating Medical Malpractice Reforms," (Co-author: James W. Hughes) <u>Contemporary Policy Issues</u>, vol. 7, (April 1989), pp. 83-98.

"An Inquiry into the Efficiency of Private Antitrust Enforcement," (Co-Author: Thomas E. Kauper), <u>Georgetown Law Journal</u>, vol. 74, (April 1986), pp. 401-469.

December 2020

"Efficient Assignment of Rights to Sue for Antitrust Damages," <u>Journal of Law & Economics</u>, vol. 28, (May 1985), pp. 469-482.  Reprinted in <u>The Journal of Reprints for Antitrust Law and Economics</u>, vol. 25, no. 2, (1995), pp. 969-982.

Books / Articles in Books and Volumes:

"Competitive Discounts and Antitrust Policy," (Co-authors: Kevin M. Murphy and Robert H. Topel), <u>The Oxford Handbook of International Antitrust Economics</u>, Volume 2, (2015), edited by Roger D. Blair and D. Daniel Sokol, Chapter 5, pp. 89-119.

"Five Easy Questions", Ch.2.3, in <u>Leadership Development for a Global World: The Role of Companies and Business Schools</u>, J.Canals (ed.), Palgrave Macmillan Ltd. Houndmills, Basingstoke, London 2012, pp. 145-160.

<u>Globalization of Management Education: Changing International Structures, Adaptive Strategies, and the Impact on Institutions,</u> (Co-authors: Chair of AACSB Taskforce Robert F. Bruner, et al.), Emerald Group Publishing, (2011).

"Social Learning and Transaction Cost Economics," <u>Advances in Strategic Management</u>, A. Huff and J. Walsh, eds., (1997), pp. 223-228.

<u>Crisis Resolution in the Thrift Industry,</u> (Co-authors: Roger C. Kormendi, Victor L. Bernard, and S. Craig Pirrong), Kluwer Academic Press, (1989).

"Private Antitrust Cases That Follow on Government Cases," (Co-author: Thomas E. Kauper) in <u>Private Antitrust Enforcement: New Learning and New Evidence</u>, ed. Lawrence J. White, M.I.T. Press, (1988), pp. 329-370.

"Minimizing Waste Water Treatment Costs at the Plant Level," (Co-author: Dan Yaron) in <u>Environmental Policy</u>, vol. II, ed. George Tolley, et al., Ballinger Publishing Co., (1983), pp. 115-136.

<u>Report to the President and the Attorney General of the National Commission for the Review of Antitrust Laws and Procedures</u>, (January 1979), co-authored Chapter 11 on Insurance.

Working Papers / Research in Progress:

"The *Sealy* Antitrust Litigation: Testing the Free Rider Hypothesis." (Co-author: Michael J. Moore). (August 2019).

"Napsterizing Pharmaceuticals: Access, Innovation, and Welfare." (Co-authors: James W. Hughes and Michael J. Moore).  (January 2011).

Book Reviews:

<u>Confessions of an Economic Hit Man</u>, John Perkins, (Berrett Koehler, 2004), <u>Journal of Economic Literature</u>, vol. 43 (December 2005), pp. 1063-1065.

<u>Concentration and Price</u>, ed. Leonard W. Weiss, (M.I.T. Press, 1989), <u>Journal of Economic Literature</u>, vol. 30 (September 1991), pp. 1205-1207.

December 2020

Impact Evaluations of Federal Trade Commission Vertical Restraints Cases, ed. Robert H. Lande, et al., (Federal Trade Commission, 1984), Journal of Economic Literature, vol. 24 (December 1986), pp. 47-48.

Other Publications:

 "Exponential Alliance" (Co-authors: David Bach and Camino de Paz), BizEd, (July/August 2017), pp. 18-27.

"Five Good Questions" CFO Insights (May 14, 2015).

"The Future of §2 Enforcement and the Analysis of Dominant Firms" 2010 Antitrust Section Symposium: New York State Bar Association, pp. 12-23.

"A New Approach to Antitrust Class Certification," (Co-authors: Pierre Cremieux and Ian Simmons), Law 360, (June 14, 2010).

Brief of Amici Curiae Antitrust Law and Business School Professors, and Economists, In support of Petition for a Writ of Certiorari, National Football League, et al. v. Ninth Inning, Inc. et al. (Ninth Circuit Court of Appeals, April 8, 2020).

Amicus Brief from Group of Antitrust Economists in Support of Defendants-Appellees, In re: Effexor XR Antitrust Litigation, No. 15-1184 (3rd Cir. February 23, 2016).

Amicus Brief from Group of Antitrust Economists to the U.S. Court of Appeals for the Third Circuit, filed May 10, 2016, regarding Wellbutrin XL Antitrust Litigation (E.D. Pa. September 23, 2015).

Amicus Brief from Group of Antitrust Economists to the U.S. Court of Appeals for the Third Circuit, filed December 21, 2015, regarding Mylan Pharmaceuticals Inc. v. Warner Chilcott Public Limited Company, et al., 2:12-cv-03824 (E.D. Pa. April 16, 2015).

In Re. DAP Antitrust Litigation, Expert Report, The Antitrust Litigation Course, American Bar Association (Antitrust Section), Mock Trial in U.S. District Court for E.D. of Pennsylvania, MDL. Docket No. 1999, (October 4-5, 2007).

Amicus Brief from Group of Industrial Organization Economists to the U.S. Supreme Court, filed August 24, 2006, regarding Weyerhaeuser Co., v. Ross-Simmons Hardwood Lumber Co., Inc., 411 F.3d (9th Cir. 2005).

Amicus Brief from Group of Industrial Organization Economists to the U.S. Supreme Court, filed March 24, 2006, regarding William Twombly, et al., v. Bell Atlantic Corporation, et al., 313 F. Supp. 2d 174 (S.D.N.Y. October 7, 2003); William Twombly, et al., v. Bell Atlantic Corporation, et al., 425 F.3d 99 (2nd Cir. 2005).

Amicus Brief of Antitrust Economists in People of the State of NY v. Actavis plc and Forest Laboratories, LLC (14-4624), filed January 15, 2015; matter on appeal for the U.S. District Court for the SDNY (Civil Action No. 1:14-07473).

"Bank Privatizations in Central Europe and Russia," Davidson Institute Report to the U.S. Department of Treasury, (March 1996).

"Director's View," The Davidson Window, vol.1, (Winter 1994), pp. 1-2; vol.1, (Summer 1994), pp. 1-2; vol. 1, (Spring 1995), pp. 1-2.

December 2020

"Transitions in Expertise," The Journal of the International Institute, (Winter 1994), (July/August 2017), pp. 6-8.

Crisis Resolution in the Thrift Industry: Beyond the December Deals. (Co-authors: Roger C. Kormendi, Victor L. Bernard, and S. Craig Pirrong), Report of the Mid America Institute, (March 1989).

Popular Press:

"Are we being Stupid about COVID-19?" The Hill, (November 10, 2020).

"Is Flattening the Curve Bad for Health" co-author L.S. Dugdale, The Hill, (March 26, 2020).

"How to Build Bridges across an Organization," *Financial Times*, (August 4, 2019).

"Yale SOM's Ted Snyder on the Durability of The M7, MBA Application Declines & More," *Poets and Quants*, (June 24, 2019).

"A Different Degree of Disruption," *Biz@HKUST*, pp. 22-25, (June 2019).

"Statistics and Sports: Deflategate," Analysis Group, 2015 Year in Review.

"Dean Of The Year: The Three-Peat Change Agent," *Poets and Quants*, (December 16, 2015).

"10 Business Schools to Watch in 2016," *Poets and* Quants, (December 16, 2015).

"Faculty and students call for calmer tone in campus protests," *Wall Str*eet *Journal*, (December 3, 2015).

"IIM-B students can opt for lessons from Yale, Berkeley, and other top Business schools," *Prep Sure* (November 19, 2015).

"Research top priority for IIM-B," *Live Mint*, (December 2, 2015).

"Global meet for business students concludes," *Hindu*, (November 18, 2015).

"IIMB Students to Gain Global Exposure," *New Indian Express*, (November 18, 2015).

"Berkeley Haas becomes 28th school in Yale's Global Network," *Financial Times*, (November 5, 2015).

"How Yale is beginning to crack into the elite B-school ranks," *Fortune*, (December 17, 2014).

"Businessweek's 2014 Winners and Losers," *Poets and Quants*, (November 14, 2014).

"Is Michigan State Really Better Than Yale?" *New York Times*, (August 7, 2012).

"Yale Redefines What It Means to Be Global," *Wall Street Journal*, (June 7, 2012).

"Can 'Ted' Snyder Work His Magic on Yale's School of Management?"

December 2020

*Poets & Quants*, (February 8, 2012).

"Yale's Big, Audacious Global Bet," *Poets and Quants*, (February 8, 2012).

"Q&A with Edward Snyder, Dean, Yale School of Management," *Business Standard, Mumbai*, p. 12, (November 8, 2011).

"If You Get the People Right, They Build the School," *Financial Times*, (October 17, 2011).

"Turnaround Specialist to Take on Yale," *Wall Street Journal*, (June 3, 2010).

"The Subtle Strategist," *Financial Times*, (April 11, 2010).

"Student ≠ Customer," *Nytimes.com, Room for Debate*, (January 4, 2010).

"2016 Olympics," *Chicago Tribune*, (September 17, 2009).

"The Party's Over: The Coming Business School Shake-out," *BusinessWeek.com*, (April 2, 2009).

"Global Learning for a Truly Integrated MBA," *Financial Times*, (February 19, 2009).

"Driven Mad by Traffic Congestion," *Business Week Chicago*, (April 2008).

"The Market's Place," *Chicago Tribune*, (August 12, 2007).

"Advocating a Carbon Tax," CNBC Europe, (February 19, 2007).

"Are B-Schools Slacking Off?" *Business Week*, (February 11, 2007).

"The Quiet American?" *Global Focus*, Vol. 1, No. 2, (2007).

"Dean's Column: The Toughest and the Best Advice," *Financial Times*, (May 15, 2006).

"On MBAs," *Financial World*, London, (September 2005).

"Are Business Schools Becoming Global," *India Times*, (August 2005).

"Global Challenge," *The Guardian*, London, (August 4, 2005).

"Vigorous Competition Better than any Oath," *Handelsblatt.com*, (September 4, 2003).

"Playing the Game the American Way," *Budapest Business Journal*, (July 9, 1993).

"An English Reform of American Law," *Wall Street Journal*, (August 9, 1991).

Business School Cases and Class Materials:

December 2020

Briefing on the Ride-Sharing Industry

Alternative Tools to Influence Market and Non-Market Behavior.

W.R. Grace Co.'s Zonolite Licensee Program: How to Exploit Two Related Monopolies and Improve Economic Efficiency.

Job Risk.

Pricing Decisions: Custom Limousines.

The Choice of Technologies.

Mimicking the S&P 500.

Human Capital, Work, and Leisure.  Co-author: Scott E. Masten.

Sugar Quotas.  Co-author: Edward J. Mitchell.


## GRANTS AND FELLOWSHIPS

Yale School of Management Summer Research Grants to study private and public antitrust enforcement (2019).

Grants from University of Virginia Darden School's Batten Institute and University of Chicago Booth School of Business for major extension of previous research, 2009–10.  Resulted in "Napsterizing Pharmaceuticals: Access, Innovation, and Welfare" (January 2011).

Grants from Aventis Pharmaceuticals, University of Chicago Graduate School of Business, University of Virginia Darden School, and Bates College 2000–01.  Resulted in "Napsterizing Pharmaceuticals: Access, Innovation, and Consumer Welfare," NBER Working Paper (October 2002).

BT Grant of funds and equipment to the University of Michigan Business School to deliver educational modules using new technologies (November 1995).

U.S. Department of Treasury Grant to the Davidson Institute to study bank privatizations in Central Europe and Russia. Co-investigator: Roger C. Kormendi (June 15, 1995 – December 31, 1995).

Bradley Foundation Grant to study contract mechanisms to protect non-patentable innovations.  Co-investigator: Scott E. Masten (July 1, 1989 – June 30, 1990).

RGK Foundation Grant to study contract mechanisms to protect non-patentable innovations.  Co-investigator: Scott E. Masten (July 1, 1989 – June 30, 1990).

University of Michigan Office for the Study of Public and Private Institutions Research Grant to study contract mechanisms to protect non-patentable innovations.  Co-investigator: Scott E. Masten (Summer 1989).

Robert Wood Johnson Foundation Grant to study the effects of tort reforms on medical malpractice litigation.  Co-investigator: James W. Hughes (June 1, 1987 – December 31, 1988).

Earhart Foundation Grant to study the effects of the Supreme Court's *Brunswick* decision on private antitrust litigation (Summer 1986).

University of Michigan Business School Summer Research Grants to study private and public antitrust enforcement and other law and economics issues (1984, 1985, 1989, 1990, 1992, and 1993).

University of Chicago, Committee on Public Policy Studies Fellowship (1978).

December 2020

INVITED PAPERS, CONFERENCE PRESENTATIONS, PUBLIC TESTIMONY*

* In this section I include information regarding my testimony and briefings in public settings. Please refer to edwardasnyder.com for information regarding my consulting testimony in various litigations.

"The Anti-Globalization Narrative and Implications for Management Education," Keynote address at Zhejian University School of Management 40th Anniversary Forum (November 1, 2020), http://www.cma.zju.edu.cn/en/school/videos.aspx.

"Value of Networks in Times of Increased Frictions," Keynote address at the Annual Meeting of the Academy of International Business, (June 26, 2018).

"Global Innovation: China and the World," Remarks at Fortune Brainstorm Tech International panel, (December 5, 2017).

"The Anti-Globalization Narrative: Implications for Business Schools," Keynote speech at Deusto Business School's Centenary Celebration, (January 17, 2017).

"The Anti-Globalization Narrative," Keynote speech at the 6th International Business School Shanghai Conference, hosted by Antai College of Economics and Management, Shanghai Jiao Tong University, (October 17, 2016).

"Crafting Strategic Relationships," panel at the 2016 AACSB International Conference and Annual Meeting (ICAM) (with Kai Peters, Chief Executive, Ashridge Business School), (April 5, 2016).

Remarks at the Yale Law School's Corporate Law Center Advisory Board Dinner, (March, 8, 2016).

"Global Antitrust Enforcement," Keynote at the Antitrust Law Section Annual Meeting, New York State Bar Association (NYSBA), (January 28, 2016).

"Past, Present, and Future of Business Education," Keynote speech at Fudan University School of Management's Partnership Deans Gathering, (November 5, 2015).

Keynote speaker at the 6th Indian Management Conclave, (July 29, 2015).

"Globalizing Business Schools: The New Frontier," Closing Keynote speech at the Graduate Management Admission Council (GMAC) Leadership Conference, Fort Lauderdale, FL, (January 24, 2014).

Keynote speaker at The Rotman School's Future of Business Education Conference, Toronto, Canada, (November 5, 2013).

"Antitrust Enforcement in the EU and US: An Empirical Assessment of the Influence of Protectionism," invited paper (with Pierre Cremieux), American Law and Economics Association, Vanderbilt University Law School, (May 17, 2013).

"Emerging Markets and Business School Strategies," Invited moderator, International Conference and Annual Meeting for The Association to Advance Collegiate Schools of Business, (April 9, 2013).

"Turkey as a Pivotal Country in the Global Economy," Presentation to DEıK, Foreign Economics Relations Board, Istanbul, Turkey, (November 30, 2012).

December 2020

"Management Challenges in the Global Economy," Presentation to faculty, students and staff at Renmin University of China School of Business, Beijing, China, (March 2012).

"The Management Education Industry," AACSB Annual Deans Conference Plenary Session with Deans Christine Poon, Joseph Thomas, and Andrew Policano, Phoenix, AZ, (February 20, 2011).

"U.S. Business Schools and the MBA: A Long Perspective," EFMD Annual Meeting of Deans and Directors, Lyon, France, (January 25, 2011).

"Proof of Common Impact in Antitrust Litigation: The Value of Regression Analysis," George Mason 13th Annual Symposium on Antitrust Law, (February 4, 2010); Analysis Group Seminar, New York, NY, (October 20, 2010).

"Digging Out of the Deficit," Executive Roundtable Panel Discussion with Governors Tim Pawlenty (MN), Donald Carcieri (RI), Mark Sanford (SC), Robert McDonnell (VA), and John Kasich, Candidate for Governor (OH), Cincinnati, OH, (September 20, 2010).

"Corporate Governance," Inside Counsel's 10th Annual Super Conference, invited panel, Chicago, IL, (May 25, 2010).

"The Future of §2 Enforcement," Antitrust Law Section Annual Meeting, New York State Bar Association (NYSBA), (January 28, 2010).

"Global Antitrust Enforcement," Center for Public Studies, Santiago, Chile, (September 2009).

"Globalization of Management Education," Plenary Speaker at AACSB Annual Deans Conference, San Francisco, CA, (February 5, 2009).

"The Role of Economic Experts in Class Certification in the United States," The American Bar Association Section of Antitrust Law Trial Practice Committee, (June 17, 2008).

"How to Use Economics," Illinois Agricultural Leadership Seminar, Chicago, IL, (August 2006).

"Are Business Schools Becoming Truly Global?" with Dean Santiago Iñiguez, AACSB Dean's Conference, San Diego, CA, (February 6, 2006).

"Strategic Choices in a Global Environment," Presentation with Dean Santiago Iñiguez. European Foundation for Management Development Deans' Conference, Rotterdam School of Management, The Netherlands, (January 26, 2006).

"How to Use Economics," Distinguished Alumni Presentation, Colby College, (October 2005).

"Hatch-Waxman and Public Policy Toward Pharmaceuticals," Presentation at Summer 2002 Conference for Western Attorneys General, (2002).

Congressional Briefing, "Hatch-Waxman Reconsidered: How Best to Promote Prescription Drug Innovation and Affordability," sponsored by the Alliance for Health Reform and supported by the National Institute of Health Care Management, (June 13, 2002).

December 2020

Combined Federal Trade Commission and Department of Justice Hearings on Competition and Intellectual Property Policy, presentation of testimony on Hatch-Waxman and Public Policy Toward Pharmaceuticals, (March 2002).

Graduate Business Conference, Johnson Graduate School of Management, Cornell University, invited panel, The Future of Management Education, (March 2001).

"Economics and Government Policy," Panel Discussion with Edward P. Lazear, Randall S. Kroszner, and Lawrence H. Summers, Honoring Gary S. Becker: A Conference, Chicago, IL, (February 11, 2001).

New York State Bar Association, invited panel on Indirect Purchaser Litigation in Antitrust, New York, NY, (January 2001).

University of Virginia, E-Summit's Plenary Session, (November 1999).

European Association of Comparative Economics, Annual Conference, invited panel, Bank Privatization, Grenoble, France, (September 1996).

University of Chicago, Conference on Tort Reform, Commentator for Steven Shavell, (June 1996).

U.S. Department of Treasury, Davidson Institute, "Banks in Transition: Investment Opportunities in Central Europe and Russia," New York, NY, (May 1996).

U.S. Department of Treasury, Davidson Institute, "Bank Privatization in Central Europe and Russia," Budapest, Hungary, (April 1996).

American Law and Economics Association, invited paper (with Greg Niehaus), "Damage Schedules in the Products Liability System and the Efficiency of Consumption Choices," (May 1994).

American Economics Association, invited paper (with James W. Hughes), "Litigation under the English and American Rules: Theory and Evidence," (January 1994).

University of Michigan Presidential Forum on *Constituting International Expertise: Who, What, Where Why, How?*, "Transitions in Expertise," (October 1993).

American Law and Economics Association, invited paper (with James W. Hughes), "Litigation under the English and American Rules: Theory and Evidence," (May 1992).

Western Economic Association, 100 Years of the Sherman Act, invited paper (with Thomas E. Kauper), "Misuse of the Antitrust Laws," (June 1990).

Western Economic Association, Applied Microeconomics, invited paper, "Aftermath of the *Sealy* Antitrust Litigation," (June 1990).

Law and Society Association, invited paper (with James W. Hughes), "The English Rule for Allocating Legal Costs: Evidence Confronts Theory," (June 1989).

Duke University, Conference on the Law and Economics of Contracting, invited paper (with Scott E. Masten), "The Design and Duration of Contracts: Strategic and Efficiency Considerations," (April 1988).

14

December 2020

U.S. Senate Banking Committee, testimony based on research paper ("The Origins and Resolution of the Thrift Crisis"), (February 1988).

Georgetown University, Conference on Private Antitrust Enforcement, invited paper (with Thomas E. Kauper), "An Inquiry into the Efficiency of Private Antitrust Enforcement," (November 1985).

Hoover Institution, Conference on Antitrust and Economic Efficiency, invited paper, "Efficient Assignment of Rights to Sue for Antitrust Damages," (August 1984).

SEMINARS AND OTHER PRESENTATIONS

Yale School of Management, Problems with Global Antitrust Enforcement (February 2016).

Vanderbilt Law School, American Law & Economics Association (May 2013).

University of Chicago
Applied Price Theory Workshop (May 1984, October 1984, and October 2002).
Economics and Legal Organization Workshop (October 1990, January 1992, and May 1992).

University of Virginia, e-Summit (November 1999).

U.S Treasury (February 1996).

Davidson Institute Research Seminar Series (April 1995).

University of Michigan, Center for Chinese Studies (October 1994).

Young Presidents Organization, Asia Region Meetings (February 1994).

Confederation of Indian Industries, CEO Forum (February 1994).

Harvard University Law School, Law and Economics Seminar (April 1993).

George Mason University Law School, Law and Economics Seminar (October 1992).

University of Illinois, Industrial Organization Workshop (April 1992).

Georgetown University Law School, Law and Economics Workshop (November 1991).

Cornell University Law School (April 1991).

University of Southern California, Applied Micro Workshop (October 1990).

University of California at Los Angeles, Industrial Organization Workshop (October 1990).

Virginia Polytechnic Institute, Economics Department Seminar (November 1989).

Ohio State University, Industrial Organization Seminar (May 1988), Microeconomic Theory Workshop (October 1986).

December 2020

Federal Trade Commission (October 1988, October 1992).

Western Economic Association (July 1987, July 1988, June 1990, and July 1996).

Duke University, Center for the Study of Business Regulation (November 1986 and December 1992).

Colby College (May 1985, February 1992, and March 1996).

U.S. Department of Justice, Antitrust Division (May 1985, May 1986, May 1987, November 1989, and May 1991).

Washington University, Industrial Organization Workshop (March 1985).

University of Michigan,
Industrial Organization Workshop (February 1984, April 1985, September 1986, January 1988, and March 1988).
Law and Economics Seminar (October 1989, April 1990, and January 1992).


PH.D. THESIS COMMITTEE SUPERVISION

Alowin M. Th. L. Moses, "A Model of Voucher Privatization" (University of Michigan, 1996).

Vijay Singal, "Efficiency Versus Market Power in Mergers: Evidence from the Airline Industry" (University of Michigan, 1992).

David E. Weinstein, "Essays on Japan's Trade and Industrial Structure" (University of Michigan, 1991).

Debra J. Holt, "Understanding Strategic Choice: The Statistical Analysis of Experimental Games" (University of Michigan, 1990).

David J. Denis, "Asymmetric Information and the Market for Seasoned Equity Offerings: Theory and Evidence" (University of Michigan, 1988).

Amy J. Broman, "The Impact of Federal Income Tax Policy on the Charitable Contributions Behavior of Households" (University of Michigan, 1987).

James W. Hughes, "Tort Reforms and Medical Malpractice Litigation" (University of Michigan, 1986).

Barton L. Lipman, "Delaying or Deterring Entry: A Game-Theoretic Analysis" (University of Michigan, 1985).


BOARDS, ASSOCIATIONS, TASK FORCES, AND CONSULTING

Member, MIT Corporation's Visiting Committee for the Sloan School of Management.

Chair, Review Committee, Hong Kong University of Science and Technology, Business School (Spring 2019).

Member, Committee for Economic Development of the Conference Board (CED).

Chair or Member, AACSB Accreditation Review Committees, including:
Wharton Business School,* University of California, Berkeley (Haas), University of California, Los Angeles (Anderson), MIT Sloan, Columbia Business School,

December 2020

Georgetown (McDonough), HEC Paris, Fudan School of Business, and Stanford Graduate School of Business.*  (*Multiple reviews)

Member, Board of Directors, KemperSports, KemperLesnick

Member, Board of Trustees, Colby College (2012 – 2018).

Member, International Advisory Committee, School of Business, Renmin University of China.

Member, 3rd Advisory Board of Antai College of Economics and Management, Shanghai Jiao Tong University (November 2015 – October 2018).

Member, Board of Directors, Argonne National Laboratories, (July 2008 – June 2010).

Former Member, American Law and Economics Association.

For information about Consulting Experience, refer to http://edwardasnyder.com/.

17

# <u>Appendix D</u>

## Engagements of
## Edward A. Snyder, Ph.D.

**EDWARD A. SNYDER**
**RECENT EXPERT TESTIMONY**

1.  United States District Court, Southern District of New York
    *In re: Mylan N.V. Securities Litigation,* Case No. 1:16-CV-07926
    Report and deposition 2021

2.  United States District Court, Southern District of New York
    *Abu Dhabi Investment Authority v. Mylan N.V., et al.,* Case No. 1:20-CV-01342
    Report and deposition 2021

3.  United States of America Department of the Treasury, Office of the Comptroller of the Currency
    *In the Matter of Rohan Ramchandani*, Case No. OCC AA-EC-2017-2
    Reports and deposition 2021

4.  United States of America Department of the Treasury, Office of the Comptroller of the Currency
    *In the Matter of Richard Usher*, Case No. OCC AA-EC-2017-3
    Reports and deposition 2021

5.  Court of Chancery of the State of Delaware
    *Preston Hollow Capital LLC v. Nuveen LLC et al.*, Civil Action No. 2019-0169-SG
    Reports, deposition, and trial testimony 2019

6.  United States District Court, District of Vermont
    *Garret Sitts, et al., v. Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC*, Case No. 2:16-cv-00287-CR
    Reports and deposition 2018 & 2019

7.  United States District Court, Northern District of California
    *In re: Qualcomm Antitrust Litigation*, Civil Action No. 17-MD-02773
    Report and deposition 2018

8.  United States District Court, District of Columbia
    *Oxbow Carbon & Minerals LLC, et al., v. Union Pacific Railroad Company and BNSF Railway Company*, Case No. 1:11-CV-01049 (PLF)
    Report and deposition 2018

9.  United States District Court, Southern District of California
    *In re: Qualcomm Litigation,* Civil Action No. 17-cv-00108
    Reports and deposition 2018

10. United States District Court, Northern District of California
    *FTC v. Qualcomm, Inc.,* Civil Action No. 17-cv-0220
    Report, deposition, and trial testimony 2018 & 2019

11. United States District Court, Northern District of California
    *In re: Transpacific Passenger Air Transportation Antitrust Litigation,* Master File No. C 07-05634 CRB, MDL No. 1913
    Report and deposition 2018

12. United States District Court, District of New Jersey
*In re: Lamictal Direct Purchaser Antitrust Litigation,* Master File No. 12-cv-995-WHW
Report and deposition 2018

13. United States District Court, Middle District of Florida
*In re: Disposable Contact Lens Antitrust Litigation*, Case No. 3:15-md-2626-J-20JRK
Reports, depositions, and hearing testimony 2017, 2018 & 2020

14. United States District Court, Eastern District of Virginia, Richmond Division
*Steves and Sons, Inc. v. JELD-WEN, Inc.*, Case No. 3:16-cv-00545-REP
Reports, deposition, hearing, and trial testimony 2017 & 2018

15. United States District Court, Northern District of California
*In re: Optical Disk Drive Products Antitrust Litigation*, Master File No. 3:10-cv-2143-RS; MDL
No. 2143
Reports and depositions 2017