IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   TIMOTHY R. MULRENIN,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   WILLIAM WADE LOVETTE,
9.   GARY BRIAN ROBERTS, and
10.  RICKIE PATTERSON BLAKE,

      Defendants.

## DEFENDANTS' MOTION FOR COURT ORDER AUTHORIZING ISSUANCE OF CORRECTED SUBPOENA DUCES TECUM TO KELLY'S FOODS, INC.

Defendants, by and through undersigned counsel, and pursuant to Federal Rule of Criminal Procedure 17(c), respectfully request that the Court authorize the issuance of a corrected subpoena duces tecum to Kelly's Foods, Inc., which corrects the service address listed in the prior subpoena that was approved by the Court.

1.     On July 29, 2021, this Court granted in part and denied in part Defendants' Motion Pursuant to Rule 17(c) for a Court Order Authorizing Subpoenas Duces Tecum to Produce Documentary Evidence in Advance of Trial. [Doc. No. 315].

2. One of the subpoenas that was the subject of Defendants' motion was directed at Kelly's Foods, Inc. With regard to that subpoena, the Court authorized the issuance of the subpoena but limited it to one request (Request 4). [Doc. No. 315 at 4]. The Court ordered the Clerk's Office to issue the signed and sealed subpoena for Kelly's Foods, Inc., as limited by the Court. [Doc. No. 315 at 4]. The Court ordered that the documents sought by the subpoena be produced before Nick Richards in the United States District Court for the District of Colorado, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, on or before August 19, 2021. [Doc. No. 315 at 5-6].

3. On July 30, 2021, the clerk issued the requested subpoena to Kelly's Foods, Inc., as limited by the Court. [Doc. No. 318].

4. In attempting to effectuate service of the subpoena, Defendants discovered that the service address listed on the subpoena for Kelly's Foods, Inc. was incorrect. They have since identified the correct corporate address for Kelly's Foods, Inc. and prepared a corrected Subpoena Duces Tecum that changes only the address for Kelly's Foods, Inc. Attached as Exhibit A is a revised subpoena, reflecting the correct corporate address for Kelly's Foods, Inc., and making no other changes to the subpoena that was authorized by the Court in its July 29, 2021 Order.

5. Defendants respectfully request that the Court authorize the corrected subpoena duces tecum to Kelly's Foods, Inc., and direct that the clerk of the Court issue the corrected subpoena.

Dated: August 9, 2021

Respectfully submitted,

| | |
|---|---|
| s/ *Michael F. Tubach* | s/ *Richard K. Kornfeld* |
| Michael F. Tubach (Cal. Bar No. 145955) | Richard K. Kornfeld |
| O'MELVENY & MYERS LLP | Recht Kornfeld, P.C. |
| Two Embarcadero Center, 28th Floor | 1600 Stout Street, Suite 1400 |
| San Francisco, CA 94111-3823 | Denver, CO 80202 |
| Telephone: 415-984-8700 | 303-573-1900 |
| Facsimile: 415-984-8701 | Fax: 303-446-9400 |
| E-mail: mtubach@omm.com | Email: rick@rklawpc.com |
| *Attorney for Defendant Jayson Jeffrey Penn* | *Attorney for Defendant Mikell Reeve Fries* |
| | |
| s/ *Bryan B. Lavine* | s/ *Michael S. Feldberg* |
| Bryan B. Lavine | Michael S. Feldberg |
| Troutman Pepper Hamilton Sanders LLP | Reichman Jorgensen Lehman & Feldberg LLP - New York |
| 600 Peachtree Street, N. E., Suite 3000 | 750 Third Avenue, 24th Floor |
| Atlanta, Georgia 30308 | New York, New York 10017 |
| 404-885-3170 | 212-381-4970 |
| Fax: 404-962-6613 | Fax: 212-381-4971 |
| Email: bryan.lavine@troutman.com | Email: mfeldberg@reichmanjorgensen.com |
| *Attorney for Defendant Scott James Brady* | *Attorney for Defendant Roger Born Austin* |
| | |
| s/ *Elizabeth B. Prewitt* | s/ *James A. Backstrom* |
| Elizabeth B. Prewitt | James A. Backstrom |
| Latham & Watkins LLP | James A. Backstrom, Counsellor at Law |
| 555 11th St NW, Suite 1000 | 1515 Market Street, Suite 1200 |
| Washington, DC 20004 | Philadelphia, PA 19102-1932 |
| Tel: (202) 637-2200 | 215-864-7797 |
| Fax: (202) 637-2201 | Email: jabber@backstromlaw.com |
| Email: elizabeth.prewitt@lw.com | *Attorney for Defendant William Vincent Kantola* |
| *Attorney for Defendant Timothy Mulrenin* | |
| | |
| s/ *Mark A. Byrne* | s/ *John A. Fagg, Jr.* |
| Mark A. Byrne (Cal. Bar No. 116657) | John A. Fagg, Jr. |
| BYRNE & NIXON LLP | Moore & Van Allen PLLC |
| 888 West Sixth Street, Suite 1100 | 100 North Tryon Street, Suite 4700 |
| Los Angeles, CA 90017 | Charlotte, NC 28202 |
| Telephone: 213-620-8003 | 704-331-3622 |
| Facsimile: 213-620-8012 | Fax: 704-378-2092 |
| Email: markbyrne@byrnenixon.com | Email: johnfagg@mvalaw.com |
| *Attorney for Defendant Jimmie Lee Little* | *Attorney for Defendant William Wade Lovette* |

| | |
|---|---|
| s/ *Craig A. Gillen* | s/ *Wendy L. Johnson* |
| Craig A. Gillen | Wendy L. Johnson |
| Gillen Withers & Lake, LLC | Reece Moore Pendergraft, LLP |
| 400 Galleria Parkway, Ste 1920 | 5519 Hackett St. Suite 300 |
| Atlanta, GA 30339 | Springdale, AR 72762 |
| Telephone: (404) 842-9700 | 479-439-2705 |
| Facsimile: 404-842-9750 | Fax: 479-439-2718 |
| E-mail: cgillen@gwllawfirm.com | Email: wjohnson@rmp.law |
| *Attorney for Defendant Gary Brian Roberts* | *Attorney for Defendant Rickie Patterson Blake* |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 9, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all listed parties.

*s/ Wendy L. Johnson*
Wendy L. Johnson