# EXHIBIT D

| | |
|---|---|
| **From:** | Julie withers <julie@jwitherslaw.com> |
| **Sent:** | Thursday, August 5, 2021 5:23 PM |
| **To:** | Pryor, Kim; Daniel J. Fetterman |
| **Cc:** | Michael S. Feldberg (mfeldberg@reichmanjorgensen.com) |
| **Subject:** | US v. Penn - 20-CR-15   Subpoena to Pilgrim's Pride |
| **Attachments:** | 0318-04 - 2021-07-30 - Subpoenas issued Pilgrim's Pride.pdf |

**ALERT: THIS IS AN EXTERNAL EMAIL.** Do not click on any link, enter a password, or open an attachment unless you know that the message came from a safe email address. Any uncertainty or suspicion should be immediately reported to the Helpdesk.

Kim and Dan –

Attached is the subpoena to Pilgrim's Pride on behalf of defendants in US v. Penn, 20-CR-152 (D. Colo).   Are you willing to accept service?

Best regards,

Julie Withers

Julie Withers
**Withers Law LLP***
julie@jwitherslaw.com
917-403-8021
**Practicing with Reichman Jorgensen Lehman & Feldberg LLP*