| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | *Penn* / *McGuire* INDICTMENT EPISODE(S) -or- RELEVANT CUSTOMER | CONSPIRATOR(S) [*Penn* Defendants *McGuire* Defendants Unindicted] | DATE | CONSPIRATORIAL ACT(S) | SOURCE | CONSPIRACY GUIDE EXHIBIT # | CORRESPONDING *JAMES* LOG ENTRY | OTHER RELEVANT *JAMES* LOG ENTRIES |
| 2 | Pollo Tropical | Penn Lovette | 8/22/2011 | Penn to Lovette: "They are pushing hard for fixed pricing for 2012. We are trying to keep him on current qtrly program or move to Ga. Dock pricing. Buyer is insisting on flat pricing and has offered delivered pricing at $1.85 on the boneless and $0.82 on the split chix. Buyer says he has a couple of people willing to do the fixed pricing. We have heard Claxton is willing to fix his pricing for next year." | PILGRIMS-0005822161 | 1-001 | 2-001 | |
| 3 | KFC | Penn Lovette Austin | 11/21/2011 | Penn to Lovette: "Per Roger [Austin], Hot Wings came down 4 cents because the group consensus came down to the $1.60 level for this year." | PILGRIMS-0009031705 | 1-002 | 2-006 | 2-323 |
| 4 | | Penn Lovette | 12/6/2011 | Penn to Lovette: "The relationships I developed through the organization [USAPEEC] allowed me to pick up the phone any time and call multiple friends to flush out current and forward pricing from friendly competitors." | PILGRIMS-DOJ-0000509305 | 1-003 | 2-007 | |
| 5 | | | | Lovette to Penn: "I appreciate your candid feedback." | | | | |
| 6 | Church's Chicken | Penn Little | 12/21/2011 | Penn to Little: "I understand Koch is holding firm at dark -27. Are you aware of this?" | PILGRIMS-DOJ-0002452440 | 1-004 | 2-008 | 2-009, 2-010 |
| 7 | KFC's Dark Meat, Wings, and 8-Piece COB Supply for 2013 (*Penn* ¶¶ 51-63) (*McGuire* ¶¶ 60-69) | Penn Fries Brady Austin Kantola Lovette Blake McGuire Gay Tucker Grendys MacKenzie Pate Ray | 8/31/2012 | Ray to Penn/Pate: "I received a call today from a friendly competitor telling me it's all over the market that Pilgrim's is taking contract pricing up. They thanked us for taking the lead and told me that contrary to what we might hear regarding their company, they are following as are others. Courage…..keep it up guys." | PILGRIMS-DOJ-0000447738 | 1-005 | 2-013 | |
| 8 | | | | Pate to Ray: "Thanks, Who would that friendly competitor be?" | | | | |
| 9 | | | | Ray to Pate: "George's. Big meeting took place this week at their corp office in AK. They don't want to lose any opportunity to move their pricing up. They are hearing from some of their customers...you can't do that, and they are saying well we have to. Other companies are on the bubble as we speak...." | | | | |
| 10 | | | 9/1/2012 | Penn forwards Ray's original email (without the side conversation between Ray and Pate) to McGuire: "FYI. Do not fwd. not exactly a legal conversation." | PILGRIMS-DOJ-0000509304 | 1-006 | 2-014 | 2-016, 2-017, 2-018, 2-019, 2-020 |
| 11 | | | 10/26/2012 | Austin to Penn: "I am hearing that several suppliers have dropped their price going in to this bid." | PILGRIMS-0003503054-55 | 1-007 | 2-022 | |
| 12 | | | 11/2/2012 | MacKenzie to Grendys: "here is where we are on the YUM bid for 2013. Listed is what we bid in Round 1 and where competition is. I also list where I believe we need to be in Round 2 to maintain some % of our current share" | KOCHFOODS-0000542731 | 1-008 | 2-023 | |
| 13 | | | | Grendys to MacKenzie: "Add a column for our current pricing" | | | | |
| 14 | | | 11/5/2012 | MacKenzie to Grendys: "we are 5th out of 6 incumbents at 2.08. the 6th one doesn't have any wings--my guess Pilgrims. Bill [Kantola] is getting us pricing." | KOCH_0001206873 | 1-009 | 2-024 | |
| 15 | | | 11/13/2012 | Brady called Blake | VZW-ATR001-00001257, Page 24 | 1-010.1 | | 2-028, 2-029 |
| 16 | | | | Brady to Fries: "George's is .30 back on dark meat" | CLAXTON_0181706, Instant Message # 58-65 | 1-011 | | |
| 17 | | | | Austin called Brady | VZW-ATR001-00001257, Page 24 | 1-010.1 | | |
| 18 | | | | Brady to Fries: "Pilgrim's is .30 back and Tyson is 31 back." | CLAXTON_0181706, Instant Message # 58-65 | 1-011 | 2-027 | |
| 19 | | | | Fries to Brady: "Ol Mike [Ledford]! He bluffing hard!" | CLAXTON_0181706, Instant Message # 58-65 | | | |
| 20 | | | | Brady to Fries: "I talked to roger [Austin] and this month he is .03 higher than us on 8 piece." | CLAXTON_0181706, Instant Message # 58-65 | | | |
| 21 | | | | Fries to Brady: "Hmmm" | CLAXTON_0181706, Instant Message # 58-65 | | | |
| 22 | | | | Brady to Fries: "He [Austin] said to raise our prices, on wings he is market and market plus .10" | CLAXTON_0181706, Instant Message # 58-65 | | | |
| 23 | | | | Fries to Brady: "Tell him [Austin] we are trying!" | CLAXTON_0181706, Instant Message # 58-65 | | | |
| 24 | | | | Brady to Fries: "Will do" | CLAXTON_0181706, Instant Message # 58-65 | 1-011.1 | 2-027.1 | |
| 25 | | | 11/28/2012 | Austin to Penn/Tucker/Gay: (a) "I will also be having some other discussions today to get the pulse" and (b) "I want to see where others go before we make any other commitment." | PILGRIMS-DOJ-0000383926 | 1-012 | 2-032 | |
| 26 | | | | Blake called Austin | VZW-ATR001-00009436, Pages 22-23 | 1-012.1 | | |
| 27 | | | | Austin called Brady | VZW-ATR001-00009436, Pages 22-23 | | | |
| 28 | | | | Austin called Kantola | VZW-ATR001-00009436, Pages 22-23 | | | |
| 29 | | | | Austin to Penn/McGuire/Tucker/Gay: "I will call you tomorrow around lunch time[.] I have some better information." | PILGRIMS-DOJ-0000383926 | 1-012 | 2-032.1 | |

GOVERNMENT EXHIBIT 1.1   20-cr-152-PAB   James H'g

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | *Penn / McGuire* **INDICTMENT EPISODE(S)** -or- **RELEVANT CUSTOMER** | **CONSPIRATOR(S)** [*Penn* Defendants *McGuire* Defendants Unindicted] | **DATE** | **CONSPIRATORIAL ACT(S)** | **SOURCE** | **CONSPIRACY GUIDE EXHIBIT #** | **CORRESPONDING *JAMES* LOG ENTRY** | **OTHER RELEVANT *JAMES* LOG ENTRIES** |
| 30 | | | 11/29/2012 | Austin called Tucker | VZW-ATR001-00009436, Page 24 | 1-012.1 | | |
| 31 | | | | Tucker sent Austin a spreadsheet with 8-piece bids for Pilgrim's ("Good Guys"), George's, Claxton, and Koch. | PILGRIMS-0005252995-06 | 1-013.1 | 2-033 | |
| 32 | | | | Austin to Tucker: "You can put [Supplier-9] in at 96.60[.] Then send to Jayson [Penn]." | PILGRIMS-DOJ-0000509322 | 1-014 | 2-034 | |
| 33 | | | 11/30/2012 | Penn forwarded Tucker's spreadsheet to Lovette | PILGRIMS-0002671675-76 | 1-015 | 2-035 | 2-036, 2-037, 2-067, 2-311 |
| 34 | Pollo Tropical | McGuire Cooper Pate | 11/7/2012 | McGuire to Pate: "How did it go with PT?" | PILGRIMS-0000021353 | 1-016 | 2-026 | |
| 35 | | | | Pate to McGuire: "Not sure. I had to leave him a voice mail and e-mail on the prices today. He is playing hard ball with Walter [Cooper] and saying he has to have .89. We are both holding firm at .90. We will see." | | | | |
| 36 | | Penn Lovette Martin | 1/27/2013 | Penn to Lovette: "Six months ago Pete Martin stopped me and pulled me aside. He thanked me for making Pilgrim's a better competitor.... [W]e have made real progress with real results that have not only made us better but we have made the industry better by being stronger competitors.... When you walk around the various events in Atlanta this week - just know your competitors view our company much differently today than how they did twelve months ago. Just ask Pete Martin." | PILGRIMS-0005838059 | 1-017 | 2-039 | |
| 37 | | | | Lovette to Penn: "The Vision.....Become the best managed and most respected company in the industry... Carry On!" | | | | |
| 38 | KFC | Penn Austin | 1/29/2013 | Austin to Penn: "Fyi Case [Farms] is .90 lower than us on 8 piece and 32 back on dark meat verses our 30. Thought you might want to know." | PILGRIMS-0009043853 | 1-018 | 2-040 | 2-041 |
| 39 | | | | Penn to Austin: "Figured they would be lower due to their need to gain access. What about rest of players?" | | | | |
| 40 | | | | Austin to Penn: "Right now we are the highest but barely over a couple others and Claxton is the lowest with Case and Tyson right there with them. The spread between top and bottom is 1 cent. I am still trying to find out where everyone went on dark meat. It is a mixed bag ranging from 30 to 32 back. I should have them all in the next few days." | | | | |
| 41 | | | | Penn to Austin: "Thanks - what about case weights?" | | | | |
| 42 | KFC's 2013 Request to Supply Reduced-Weight Product (*Penn* ¶¶ 64-65) (*McGuire* ¶¶ 70-71) | Fries Brady Austin | 3/8/2013 | Austin called Brady | VZW-ATR001-00009436, at P. 58, line 42 | 1-019 | | 2-044 |
| 43 | | | | Brady called Austin | VZW-ATR001-00009436, at P. 58, line 43 | | | |
| 44 | | | | Brady to Fries: "I talked to roger [Austin] about the KFC sizes and he is in agreement with us." | CLAXTON_0181706, Instant Message # 3 | 1-020 | 2-043 | |
| 45 | | Lovette Grendys | 3/27/2013 | Garland [administrative assistant] to Lovette: "Mr. Grendys (Koch Foods) called to talk to you about boneless. Call him when you are available. Office 847-384-5940 office. Cell 312-806-8555." | PILGRIMS-DOJ-0000854774 | 1-021 | | |
| 46 | Wingstop | Penn Little | 4/5/2013 | Little to Penn: "I think I've convinced them to remain on quarterly pricing. I was told the other 2 suppliers actually have lowered their price this year! I've confirmed 1 has for sure." | PILGRIMS-0009046107 | 1-022 | 2-045 | |
| 47 | Church's Chicken 2013 Freezing Charge (*Penn* ¶¶ 66-70) (*McGuire* ¶¶ 72-73) | Mulrenin Kantola Little Roberts Pepper | 5/31/2013 | Pepper called Kantola | ATT-ATR001-00000001, Pages 62987-8 | 1-023 | | 2-048, 2-049, 2-050, 2-051, 2-052, 2-056, 2-057, 2-178 |
| 48 | | | | Pepper called Little | ATT-ATR001-00000001, Pages 62987-8 | | | |
| 49 | | | | Pepper called Little | ATT-ATR001-00000001, Pages 62987-8 | | | |
| 50 | | | | Pepper to Roberts/Mulrenin: "Pilgrim's told me they would be around .025 to .03 on 8pc & dark meat and Koch told me they were .025 on 8pc and at this time was not charging for dark but would probably change to .025 for next year." | TY-000243934 | 1-024 | 2-053 | |
| 51 | | Lovette Grendys | 8/2/2013 | Grendys to Lovette: "In all seriousness, congratulations on a fantastic quarter. If there's anyone in the industry deserving of this it's you." | KOCHFOODS-0000535828 | 1-025 | 2-066A | |
| 52 | | | | Lovette to Grendys: "Thanks Joe [Grendys]. I appreciate your comments. Good luck to wrap up a very good year in this crazy chicken biz!" | | | | |
| 53 | KFC's Dark Meat Supply for 2014 (*Penn* ¶¶ 71-76) (*McGuire* ¶¶ 74-75) | Fries Brady Austin | 11/19/2013 | Brady called Austin | VZW-ATR001-00009436, page 173 | 1-026.1 | | 2-073, 2-074, 2-075, 2-076, 2-077 |
| 54 | | | | Brady to Fries: "Just an FYI last year we were .32 back on dark meat and this year we are 3050 back." | CLAXTON_0181706, Instant Message #304-307 | 1-027.1 | 2-309 | |
| 55 | | | | Fries to Brady: "K. Can do .31 if want." | CLAXTON_0181706, Instant Message #304-307 | | | |
| 56 | | | | Brady to Fries: "Roger [Austin] is at .30 back and not moving." | CLAXTON_0181706, Instant Message #304-307 | | | |
| 57 | | | | Fries to Brady: "Stay .305 then" | CLAXTON_0181706, Instant Message #304-307 | | | |
| 58 | Church's Chicken Quality Assurance Costs for 2014 (*Penn* ¶¶ 77-83) | Mulrenin Kantola Little | 12/21/2013 | Another Tyson employee to Pepper and Mulrenin: "It would have been nice to have been forewarned. Wonder how the other suppliers will react?" | TY-000088544 | 1-028 | 2-078 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | *Penn / McGuire* INDICTMENT EPISODE(S) -or- RELEVANT CUSTOMER | CONSPIRATOR(S) [*Penn* Defendants *McGuire* Defendants Unindicted] | DATE | CONSPIRATORIAL ACT(S) | SOURCE | CONSPIRACY GUIDE EXHIBIT # | CORRESPONDING *JAMES* LOG ENTRY | OTHER RELEVANT *JAMES* LOG ENTRIES |
| 59 | (*McGuire* ¶¶ 76-77) | Roberts McGuire Bryant Pepper | | Pepper replies all to Mulrenin and other Tyson employee:"I would be surprised if they don't say something. Might call a couple of them and ask[.]" | TY-000088547 | 1-029 | | |
| 60 | | | 12/23/2013 | Pepper called Little | ATT-ATR001-00000001 (P. 1264, Item 22176) | 1-030 | | |
| 61 | | | 12/24/2013 | Little called Kantola | ATT-ATR001-00000001 Pp. 1265, Items 22204-05 | | | |
| 62 | | | | Kantola to another Koch employee: "here's why Tyson is so popular with Church's" and Kantola listed pricing for January 2014 for Tyson, Pilgrim's, and Koch. | KOCH_0002062821 | 1-031 | 2-314 | |
| 63 | | | | Little to McGuire and Bryant: "FYI... I did find out Tyson's fob price is $0.025 lower than ours in 2014!" | PILGRIMS-DOJ-0000177839 | 1-032 | 2-315 | |
| 64 | | | 12/26/2013 | Pepper to Mulrenin/Roberts: "Talked to Jimmy Little and he said they were planning on adding to their cost to do this. They also didn't like it just showing up also." | TY-000000101 | 1-033 | 2-079 | 2-081, 2-084 |
| 65 | Chick-fil-A's 2014 Conversion to Antibiotic-Free Broiler Chicken Meat (*Penn* ¶¶ 84-86) (*McGuire* ¶¶ 78-80) | Fries Brady Mulrenin Gay Ilardi Wildes | 4/1/2014 | Gay called Brady | VZW-ATR001-00004200 P. 200, Line 18 | 1-034 | | 2-082, 2-083, 2-085, 2-087 |
| 66 | | | | Gay called Brady | VZW-ATR001-00004200 P. 200, Line 20 | | | |
| 67 | | | | Brady called Wildes | ATT-ATR005-00000235, P. 354 | 1-035 | | |
| 68 | | | | Brady called Gay | VZW-ATR001-00004200 P. 200, Line 22 | 1-034 | | |
| 69 | | | | Brady called Wildes | ATT-ATR005-00000235, P. 354 | 1-035 | | |
| 70 | | | | Wildes to Ilardi: "I also found out that Pilgrim's is going to upcharge approx. $.3124/lb on the ABF product. Claxton will be around the same cost." | PER-000152926 | 1-036 | 2-088 | |
| 71 | | | | Ilardi to Wildes: "Great info." | | | | |
| 72 | | | 4/18/2014 | Mulrenin called Brady | ATT-ATR005-00000235, P. 363, Items 13745-46 | 1-037 | | 2-090, 2-094, 2-095, 2-096 |
| 73 | | | | Brady to Fries: "I talked to Tim [Mulrenin] today at Tyson and for ABF they are at .02 per lb live weight. He said they are supposed to give a number to Chick-fil-A today. I told him we were .31 to .32 per lb on finished product." | CLAXTON_0181706, Instant Message #423-425 | 1-038 | 2-091 | |
| 74 | | | | Fries to Brady: "Did he say what there finished increase would be?" | CLAXTON_0181706, Instant Message #423-425 | | | |
| 75 | | | | Brady to Fries: "Work in progress. I told him what we were doing, Perdue and Pilgrim's" | CLAXTON_0181706, Instant Message #423-425 | | | |
| 76 | Chick-fil-A's Broiler Chicken Products Supply for 2015 (*McGuire* ¶¶ 81-82) | Fries Brady Lovette Gay Wildes | 5/9/2014 | Gay to Lovette: "I think the players in the arena are in agreement that small chickens have to bring a premium as does ensured supply." | PILGRIMS-0006742191 | 1-039 | 2-097 | 2-093, 2-098 |
| 77 | | | 7/1/2014 | Gay called Brady | VZW-ATR004-00004200, Page 232 | 1-040 | | |
| 78 | | | | Brady called Gay | VZW-ATR004-00004200, Page 232 | | | |
| 79 | | | 7/2/2014 | Brady to Fries: "Justin [GAY] said they are reviewing their CFA [Chick-fil-A] grain based model now for 2015. I will check with Perdue and Tyson." | CLAXTON_0181706, Instant Message # 508-511 | 1-041 | 2-100 | 2-102, 2-108, 2-109, 2-110 |
| 80 | | | | Brady called Wildes | VZW-ATR004-00001437 | 1-044 | | |
| 81 | | | | Fries to Brady: "Did he elude to going up or did they seam satisfied with where it was" | CLAXTON_0181706, Instant Message # 508-511 | 1-041 | 2-100 | |
| 82 | | | | Brady called Gay | VZW-ATR004-00001437 | 1-044 | | |
| 83 | | | | Brady to Fries: "He said they actually feel pretty good where there are at and he will call me later to discuss more in detail." | CLAXTON_0181706, Instant Message # 508-511 | 1-041 | 2-100 | |
| 84 | | | | Gay called Brady | VZW-ATR004-00004200, Page 232 | 1-040 | | |
| 85 | | | | Brady called Gay | VZW-ATR004-00001437 | 1-044 | | |
| 86 | | | | Brady called Gay | | | | |
| 87 | | | | ~~Gay called Brady~~ | ~~VZW-ATR004-00004200, Page 232~~ | ~~1-040~~ | | |
| 88 | | | | ~~Brady called Gay~~ | ~~VZW-ATR004-00001257, Page 182~~ | ~~1-044~~ | | |
| 89 | | | | Brady to Fries: "I talked to justin [Gay] and they are going to hold with what they currently have." | CLAXTON_0181706, Instant Message # 508-511 | 1-041 | 2-100 | |
| 90 | Church's Chicken | Little | 7/17/2014 | Little to McGuire: "I am hearing everyone is going up significantly." | PILGRIMS-0009347177 | 1-046 | 2-103 | 2-101 |
| 91 | KFC's 8-Piece COB Supply for 2015 (*Penn* ¶¶ 87-107) (*McGuire* ¶¶ 83-109) | Penn Fries Brady Austin Mulrenin Kantola Little Lovette Roberts Blake McGure | 8/7/2014 | McGuire to Penn: "[W]e are going to change the small bird industry this upcoming year no doubt. I told Tommy [Lane] after the KFC meeting last week that we just need our competition to get out of the way so we can get some things done, be better for us and them in the end." | PILGRIMS-0006847974 | 1-047 | 2-106 | 2-104, 2-317, 2-324, 2-326 |
| 92 | | | | Penn to McGuire: "In 2013 I had a few owners of small bird companies thank us via me for getting our act together. I guess it will happen again...good work. Forward..." | | | | |
| 93 | | | | McGuire to Penn: "Oh yeah, thanks" | | | | |
| 94 | | | 8/12/2014 | McGuire to another Pilgrim's employee: "Don't worry we are working on plans to put you in an extremely favorable negotiating position by [the end of the year]." | PILGRIMS-DOJ-0001532669 | 1-048 | 2-111 | 2-116 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | *Penn / McGuire* INDICTMENT EPISODE(S) -or- RELEVANT CUSTOMER | CONSPIRATOR(S) [*Penn* Defendants *McGuire* Defendants Unindicted] | DATE | CONSPIRATORIAL ACT(S) | SOURCE | CONSPIRACY GUIDE EXHIBIT # | CORRESPONDING *JAMES* LOG ENTRY | OTHER RELEVANT *JAMES* LOG ENTRIES |
| 95 | | Stiller Gay | 8/15/2014 | Mulrenin called Roberts | ATT-ATR006-00009097 Page 24481, Item 33930-31 | 1-050 | | |
| 96 | | Tucker | | Roberts called Brady | ATT-ATR006-00009097 Page 24481, Item 33932 | 1-049 | | |
| 97 | | Bryant Francis | | Roberts called Mulrenin | ATT-ATR006-00009097 Page 24481, Item 33933-34 | 1-050 | | |
| 98 | | Lane | | Roberts called Mulrenin | ATT-ATR006-00009097 Page 24482, Item 33954 | 1-049 | | |
| 99 | | Martin | | Roberts called Penn | ATT-ATR006-00009097 P. 24483, Item 33958 | | | |
| 100 | | Mitchell | | Penn called Roberts | ATT-ATR006-00009097 P. 24483, Item 33961 | | | |
| 101 | | Pepper | | Mulrenin called Roberts | ATT-ATR006-00009097 P. 24483, Item 33963-64 | | | |
| 102 | | Tench | 8/18/2014 | Little called Kantola | ATT-ATR001-00000001, Pages 1567-9 | 1-051 | | 2-121, 2-122, 2-123, 2-124 |
| 103 | | | | Little called Austin | ATT-ATR001-00000001, Pages 1567-9 | | | |
| 104 | | | | Austin called Brady | VZW-ATR001-00009436 Page 295 | 1-053 | | |
| 105 | | | | Little called Austin | VZW-ATR001-00009436 Page 295 | 1-053 | | |
| 106 | | | | Austin called someone at George's | VZW-ATR001-00009436, Page 295 | | | |
| 107 | | | | Penn called Austin | VZW-ATR001-00009436, Page 295 | | | |
| 108 | | | | Little called Pepper | ATT-ATR001-00000001, Page 64360, Item 49519 | 1-055 | | |
| 109 | | | | Gay called Brady | ATT-ATR005-00000235, Pages 422-424 | 1-052 | | |
| 110 | | | | Austin called Little | VZW-ATR001-00009436, Page 295 | 1-053 | | |
| 111 | | | | McGuire called Austin | VZW-ATR001-00009436, Page 295 | | | |
| 112 | | | | McGuire emailed Penn a spreadsheet with the current margins and new margins for Koch, Case, Claxton, and Mar-Jac, as well as the overall increase in price for George's. | PILGRIMS-0002616918- PILGRIMS-0002616919 | 1-057 | 2-117 | |
| 113 | | | | McGuire to Penn: "Roger [Austin] did some checking around today and I included the below regarding the range of the total increases(margin and costs) folks are going in with. Koch .14-.16/lb Case .13-.15/lb Claxton .14-.16/lb Georges .15-.17/lb  *Roger [Austin] says these guys are the cheapest in the bunch today by more than .01/lb. Marjac .14-.16/lb Considering the numbers above and the fact that we wanted to be the leader this would put us in at .1616/lb increase(.06 in cost and .10 in margin) which would equate to about $400k in additional revenue on equal volume from this year." | PILGRIMS-DOJ-0001538665 | 1-058 | 2-118, 2-119 | |
| 114 | | | | Penn to McGuire: "I am good. Will review with Bill [Lovette] in am. Will advise." | PILGRIMS-DOJ-0000513484 | 1-059 | 2-120 | |
| 115 | | | 8/20/2014 | McGuire to Austin: "Any word from them on our proposal?" | PILGRIMS-DOJ-0000509292 | 1-060.1 | 2-126 | 2-127, 2-128, 2-129 |
| 116 | | | | Austin to McGuire: "I heard they made a couple of calls and were surprised." | | | | |
| 117 | | | | McGuire to Austin: "Surprised like how much higher everyone else was?" | | | | |
| 118 | | | | Austin to McGuire: "Yes" | | | | |
| 119 | | | | McGuire to Austin: "Can you smell their dirty drawers from where they crapped their pants? Ha" | | | | |
| 120 | | | | Austin to McGuire: "Definitely" | | | | |
| 121 | | | 8/21/2014 | McGuire forwarded email to Bryant: "FYI" | PILGRIMS-DOJ-0000509292 | 1-060.1 | 2-126 | |
| 122 | | | | Bryant to McGuire: "That's good…" | | | | |
| 123 | | | | McGuire to Bryant: "Yep that should help y'all out some" | | | | |
| 124 | | | 8/26/2014 | Austin emailed Penn and explained that KFC asked Pilgrim's to reduce its proposed price increase by approximately one half. Austin also said he planned to call RSCS to hold firm on the increase. Penn to Lovette: "I told Roger [Austin] to proceed." | PILGRIMS-0005856142 | 1-061.1 | 2-131 | |
| 125 | | | | Austin called Penn | VZW-ATR001-00009436, Page 299 Line 32 | 1-062 | | |
| 126 | | | | Lovette called Austin | VZW-ATR001-00009436, Page 299 | | | |
| 127 | | | | Austin called Brady | VZW-ATR001-00009436, Page 299 line 34 | | | |
| 128 | | | | Brady to Fries: "I talked to roger [Austin] about KFC and Greeley, [Colorado, Pilgrim's headquarters] told him not to come down on price. He called bob [Lewis] today and told him." | CLAXTON_0181706, Instant Message # 551-554, 559 | 1-063 | 2-132 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | *Penn / McGuire* **INDICTMENT EPISODE(S)** -or- **RELEVANT CUSTOMER** | **CONSPIRATOR(S)** [*Penn* Defendants *McGuire* Defendants Unindicted] | **DATE** | **CONSPIRATORIAL ACT(S)** | **SOURCE** | **CONSPIRACY GUIDE EXHIBIT #** | **CORRESPONDING *JAMES* LOG ENTRY** | **OTHER RELEVANT *JAMES* LOG ENTRIES** |
| 129 | | | | Fries to Brady: "Wow!" | CLAXTON_0181706, Instant Message # 551-554, 559 | | | |
| 130 | | | 8/27/2014 | Fries called Tench | VZW-ATR001-00002007, P. 320, Line 5 | 1-064 | | |
| 131 | | | | Brady called Kantola | ATT-ATR005-00000235, Page 432, Item 16342 | 1-065 | | |
| 132 | | | | Brady texted Fries: "Koch is not moving either" | CLAXTON_0181706, Instant Message # 551-554, 559 | 1-063 | 2-133 | |
| 133 | | | | Fries texted Brady: "[Tench] is at 11. They are [not] agreeing to anything today, just listening." | CLAXTON_0181706, Instant Message # 551-554, 559 | | | |
| 134 | | | 8/28/2014 | Tucker to another Pilgrim's employee: "Everybody will be paying through the nose. KFC will be paying close to $0.30 between price increase and case weight increase." | PILGRIMS-DOJ-0002023481 | 1-066 | 2-135 | |
| 135 | | | | Other Pilgrim's employee to Tucker: "Good. Get it while we can!!" | | | | |
| 136 | | | | Tucker to other Pilgrim's employee: "Once KFC is inked, we'll be hitting these others starting next week." | | | | |
| 137 | | | | Claxton board minutes: "Mikell [Fries] said our sales program is doing really well the fast food companies are wanting to lock in pricing for 2015 early this year because they were afraid they would not have enough if they didn't because they ran out last year. He said that big birds were a fad. He said they are prepared to pay 10 but the industry is saying we want 20." | CLA_0072794 | 1-067 | 2-134 | |
| 138 | | | 8/29/2014 | Someone at Mar-Jac called Penn | VZW-ATR004-00000630, Page 192 | 1-068.1 | | |
| 139 | | | | Fries called Martin (at Mar-Jac) | VZW-ATR001-00002007 Pg. 320 | 1-069 | | |
| 140 | | | | [Handwritten note from Martin's files dated 8/29/2014] Talked to Mitch [Mitchell]. They are up .19 + holding. Pilgrim 80-90 lds. Tyson 1.0976 per Tommy [Francis] Talked to Jason Penn +8 cost +11 margin $433 or better to get out Claxton 1.1099 up 18.35 | MAR-JAC_0000865503 | 1-070 | 2-136 | |
| 141 | | | 9/3/2014 | Brady called Lewis (at RSCS, KFC's buying cooperative) | VZW-ATR001-00001257, Page 198-199 | 1-071.1 | | 2-139, 2-140, 2-141, 2-142, 2-322 |
| 142 | | | | Brady called Kantola | VZW-ATR001-00001257 Page 198-199 | | | |
| 143 | | | | Austin called Brady | VZW-ATR001-00001257 Page 198-199 | | | |
| 144 | | | | Brady called Kantola | VZW-ATR001-00001257 Page 198-199 | | | |
| 145 | | | | Kantola called Brady | VZW-ATR001-00001257 Page 198-199 | | | |
| 146 | | | | Brady called Fries | VZW-ATR001-00001257 Page 198-199 | | | |
| 147 | | | | Fries called Brady | VZW-ATR001-00001257 Page 198-199 | | | |
| 148 | | | | Brady called Lewis (at RSCS, KFC's buying cooperative) | VZW-ATR001-00001257, Page 198-199 | | | |
| 149 | | | | Someone at RSCS called Brady | VZW-ATR001-00001257 Page 198-199 | | | |
| 150 | | | | Brady called Mulrenin | VZW-ATR001-00001257 Page 198-199 | | | |
| 151 | | | | Brady called Mulrenin | VZW-ATR001-00001257 Page 198-199 | | | |
| 152 | | | | Brady called Mulrenin | VZW-ATR001-00001257 Page 198-199 | | | |
| 153 | | | | Brady called Austin | VZW-ATR001-00001257 Page 198-199 | | | |
| 154 | | | | Blake called Austin | VZW-ATR001-00009436 Page 302 | 1-072 | | |
| 155 | | | | Brady called Kantola | VZW-ATR001-00001257 Page 198-199 | 1-071 | | |
| 156 | | | | Brady called Fries | VZW-ATR001-00001257, Page 198-199 | | | |
| 157 | | | | Brady called Lewis (at RSCS, KFC's buying cooperative) | VZW-ATR001-00001257, Page 198-199 | | | |
| 158 | | | | Austin called Brady | VZW-ATR001-00001257 Page 198-199 | | | |
| 159 | | | | Brady called Kantola | VZW-ATR001-00001257 Page 198-199 | | | |
| 160 | | | | Brady to Fries: "Told bob [Lewis] we would go down .02 he said someone moved down .04 it has to be George's or he is bluffing. Roger [Austin] and bill [Kantola] are not moving." | CLAXTON_0181706, Instant Message # 551-554, 559 | 1-073.1 | 2-138 | |
| 161 | | | 9/19/2014 | Stiller to another Pilgrim's employee: "Got KFC and BM [Boston Market]. Rest still to come. Everybody is getting that price increase." | PILGRIMS-DOJ-0002525317 | 1-074 | 2-151 | 2-156, 2-161, 2-164, 2-165, 2-180, 2-184, 2-196, 2-197, 2- |
| 162 | Pollo Tropical | Little McGuire Stiller Cooper Lane Martin Sharp | 8/13/2014 | Little to another Pilgrim's employee: "I need to be the one for splits so we can stay consistent with other national accounts will be at least $0.15 up!" | PILGRIMS-DOJ-0002269318 | 1-075 | 2-113 | |
| 163 | | | 8/14/2014 | Little called Cooper | ATT-ATR001-00000001, Page 1562, Item 27154 | 1-076 | | 2-114, 2-115 |
| 164 | | | | Little met with Joe Brink from Pollo Tropical | PILGRIMS-DOJ-0003384952 | 1-077 | | |
| 165 | | | | Little called Cooper | ATT-ATR001-00000001, Page 1563, Item 27172 | 1-078 | | |
| 166 | | | 8/29/2014 | Little to another Pilgrim's employee: "Should have heard Joe [Brink from Pollo Tropical] when I told him what to expect on price increase next year!" | PILGRIMS-DOJ-0002269652 | 1-079 | 2-137 | 2-146, 2-147 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | *Penn / McGuire* INDICTMENT EPISODE(S) -or- RELEVANT CUSTOMER | CONSPIRATOR(S) [*Penn* Defendants *McGuire* Defendants Unindicted] | DATE | CONSPIRATORIAL ACT(S) | SOURCE | CONSPIRACY GUIDE EXHIBIT # | CORRESPONDING *JAMES* LOG ENTRY | OTHER RELEVANT *JAMES* LOG ENTRIES |
| 167 | | Tench | | Cooper called Little | ATT-ATR001-00000001, Page 1586, Item 27570 | 1-080 | | |
| 168 | | | 9/19/2014 | Lane emailed McGuire and Stiller a pricing model for Pollo Tropical that reflected a $0.13/lb. increase in the price of split WOGs. | PILGRIMS-0002618412 and -414 | 1-081, 1-082 | | 2-150 |
| 169 | | | | Little called Cooper | ATT-ATR001-00000001, Page 1623, Item 28179 | 1-083 | | |
| 170 | | | 9/22/2014 | Little to Stiller/Lane: "I need 2015 pricing for splits and breasts!" | PILGRIMS-DOJ-0003385154 | 1-084 | 2-152 | |
| 171 | | | | Little called Brink | ATT-ATR001-00000001, Page 1626, Item 28234 | 1-085 | | |
| 172 | | | | Little called Cooper | ATT-ATR001-00000001, Page 1626, Item 28235 | | | |
| 173 | | | | Little to another Pilgrim's employee: Brink "did not handle the 15 to 22 cent increase well as expected! I'm guessing we will be about 16 cents up on splits and 60 plus cents on breast" | PILGRIMS-DOJ-0003385175 | 1-086 | 2-153 | |
| 174 | | | 9/23/2014 | Stiller emailed McGuire: "Should have [Pollo Tropical] to Jimmie [Little] today. Probably go up about 50 cents on boneless." | PILGRIMS-DOJ-0001362261 | 1-087 | 2-154 | 2-155, 2-162 |
| 175 | | | 9/24/2014 | Little called Cooper | ATT-ATR001-00000001, Page 1632, Item 28333 | 1-088 | | |
| 176 | | | 10/1/2014 | Little called Cooper | ATT-ATR001-00000001, Page 1641, Item 28486 | 1-089 | | |
| 177 | | | 10/2/2014 | Brink to Little: "Again your competitors are lower than you with delivered pricing compared to your fob pricing. Pilgrims needs to match to show compromise." | PILGRIMS-DOJ-0003385310 | 1-090 | | |
| 178 | | | | Little called Cooper | ATT-ATR001-00000001, Page 1642, Item 28494 | 1-091 | | |
| 179 | | | 10/3/2014 | Little to Brink: "[W]e will need to hold on our pricing." | PILGRIMS-DOJ-0003385310 | 1-090 | 2-170 | 2-157, 2-167, 2-169, 2-321 |
| 180 | | | | Little emailed Brink and said that the proposed delivered prices for splits and boneless were $1.07125/lb. and $2.35/lb., respectively. Little explained that "supply will continue to shrink if satisfactory margins are not secured by the producers." | PILGRIMS-DOJ-0003385325 | 1-092 | 2-168 | |
| 181 | | | 10/8/2014 | Stiller to another Pilgrim's employee: "Pricing finalized for next year. $0.17/lb. increase in splits and $0.45/lb. increase on boneless. $90k/week and $4.68 million annualized." | PILGRIMS-0003618962 | 1-093 | 2-173 | 2-163 |
| 182 | | | | The other Pilgrim's employee to Stiller: "Damnation. Did you tell them you were in the Mafia? Good work. I was thinking we would lose this one but that makes it worth our efforts [.]" | | | | |
| 183 | | | | Stiller to the other Pilgrim's employee: "People don't have options." | | | | |
| 184 | | | 10/16/2014 | Tench of Mar-Jac emailed Kelly's Foods, without copying Brink, and proposed supplying Pollo Tropical at delivered prices lower than the delivered prices offered by Pilgrim's or Claxton: split WOGs at $1.05/lb. and boneless breast meat at $2.15/lb. | Mar_Jac-0000576786 | 1-094 | 2-175 | 2-181 |
| 185 | | | 10/22/2014 | Tench called Cooper | VZW-ATR004-00008252, Page 289 (VZW-ATR004-00008540) | 1-095 | | |
| 186 | | | | Tench called Martin | VZW-ATR004-00008252, Page 289 (VZW-ATR004-00008540) | | | |
| 187 | | | 10/27/2014 | Tench emailed Chris Sharp of Kelly's Foods and proposed supplying Pollo Tropical "staired" pricing of the type Brink suggested to Cooper on September 30. The proposal was $1.00/lb. starting on January 1, 2015, and escalating to $1.07/lb. on April 1, 2015, where it would remain for the rest of calendar year 2015. On boneless, Tench proposed $2.35/lb. for all of calendar year 2015. | MJPoultry-0000458169 | 1-096 | 2-182 | 2-183, 2-213 |
| 188 | Golden Corral's 8-Piece COB Supply for 2015 (*Penn* ¶¶ 108-12) (*McGuire* ¶¶ 110-15) | Penn Austin Lovette Stiller Tucker Bryant | 10/8/2014 | Stiller to Tucker: "Anything from your buddies at GC?" | PILGRIMS-DOJ-0002740305 | 1-097 | 2-174 | 2-145, 2-148, 2-149, 2-158, 2-160 |
| 189 | | | | Tucker to Stiller: "Not a peep. I talked to MJ today and they've not heard anything either." | PILGRIMS-DOJ-0002740305 | | | |
| 190 | | | | Stiller to Tucker: "Interesting…was their pricing similar?" | PILGRIMS-DOJ-0002740305 | | | |
| 191 | | | | Tucker to Stiller: "Very. Others were higher." | PILGRIMS-DOJ-0002740305 | | | |
| 192 | | | 10/17/2014 | Penn to Stiller: "Who is negotiating with [Golden Corral]?" | PILGRIMS-DOJ-0000484697 | 1-098 | 2-177 | 2-176, 2-179, 2-185, 2-186, 2-187, 2-319 |
| 193 | | | | "Scott [Tucker] and Roger [Austin]" | PILGRIMS-DOJ-0000484698 | 1-099 | | |
| 194 | | | | Penn to Stiller: "Ok. Thanks" | PILGRIMS-DOJ-0000484699 | 1-100 | | |
| 195 | | | | Stiller to Penn: "We know [Mar-Jac], their biggest supplier is 0.02 higher than us and they are not going to negotiate." | PILGRIMS-DOJ-0000484700 | 1-101 | | |
| 196 | | | | Penn to Stiller: "Good deal. Last time they did cave a cent or two w[ith] KFC" | PILGRIMS-DOJ-0000484701 | 1-102 | | |
| 197 | | | | Stiller to Penn: "They are listening to my direction" | PILGRIMS-DOJ-0000484702 | 1-103 | | |
| 198 | | | | Penn to Stiller: "Who is they?" | PILGRIMS-DOJ-0000484703 | 1-104 | | |
| 199 | | | | Penn to Stiller: "If they is illegal don't tell me" | PILGRIMS-DOJ-0000484704 | 1-105 | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | *Penn / McGuire*<br>**INDICTMENT EPISODE(S)**<br>-or-<br>**RELEVANT CUSTOMER** | **CONSPIRATOR(S)**<br>[*Penn* Defendants<br>*McGuire*<br>Defendants<br>Unindicted] | **DATE** | **CONSPIRATORIAL ACT(S)** | **SOURCE** | **CONSPIRACY GUIDE EXHIBIT #** | **CORRESPONDING *JAMES* LOG ENTRY** | **OTHER RELEVANT *JAMES* LOG ENTRIES** |
| 200 | | | | Stiller to Penn: "Was referring to roger [Austin] listening. Sorry, thought you were referring to roger [Austin] caving. Got you on [Mar-Jac] caving on KFC. [Mar-Jac] might cave but I wouldn't think for our volume and their current." | PILGRIMS-DOJ-0000484705 | 1-106 | | |
| 201 | | | | Stiller to Penn: "Tyson does the west. Hearing rumors out of them?" | PILGRIMS-DOJ-0000484706 | 1-107 | | |
| 202 | | | | Stiller to Penn: "Buyer said we were .07 high so that must be Tysons price…" | PILGRIMS-DOJ-0000484707 | 1-108 | | |
| 203 | | | | Penn to Stiller: "They are morons" | PILGRIMS-DOJ-0000484708 | 1-109 | | |
| 204 | | | | Stiller to Penn: ".07 back is in line with where we have priced everybody else but they did not add anything for the cost of doing business with [Golden Corral] like us and [Mar-Jac] did" | PILGRIMS-DOJ-0000484709 | 1-110 | | |
| 205 | | | | Penn to Stiller: "Mar-Jac is a solid competitor." | PILGRIMS-DOJ-0000484710 | 1-111 | | |
| 206 | | | 11/9/2014 | Penn to Lovette: "I raised [Golden Corral] 15c per lb" and "Telly Smith [of Golden Corral] and his crew will pay market price plus the special A-Hole Premium." | PILGRIMS-DOJ-0000484962 - PILGRIMS-DOJ-0000484964 | 1-112 | 2-188 | |
| 207 | | | 11/10/2014 | Stiller to Tucker and Austin and Bryant: "I do not really want to get into a pricing war with Mar-[J]ac over those two DCs." | PILGRIMS-0005935852 | 1-113 | 2-189 | 2-190, 2-191 |
| 208 | Protecting the Purpose and Effectiveness of the Conspiracy (*Penn* ¶¶ 117-19) (*McGuire* ¶ 116) | Penn<br>Lovette | 11/24/2014 | Penn to another Pilgrim's employee: "Tyson should pay for being short. It costs money for them to fill orders for which they don't have the chickens. They have been adding market share and still trying to do – selling cheap chicken and being short. Doesn't make sense. We are enabling the town drunk by giving him beer for Thanksgiving instead of walking him into an AA meeting." | PILGRIMS-0009084147 | 1-114 | 2-193 | 2-192 |
| 209 | | | | Penn to the other Pilgrim's employee: "[Tyson] is not shorting [Wal-Mart]. Note [Tyson] just added market share and distribution to [Wal-Mart]. They took our business on price. Should we allow [Tyson] to not pay for poor decision making?" | | | | |
| 210 | | | | Penn to the other Pilgrim's employee: "They need to pay so they start acting appropriately. How do they pay? Their customers need to feel the pain. By not feeling the pain – Tyson keeps marching along and the customers to [sic] blindly with them." | | | | |
| 211 | | | | Penn to Lovette: "Thoughts on deli strategy to King Soopers? We are covering [Tyson] shortages. Continue and let [King Soopers] know we are helping or start have [Tyson] feel the pain across their system so they can start making decisions commensurate with a profitable venture and not a philanthropic organization?" | | | | |
| 212 | | | | Lovette to Penn: "No question in my mind. [Tyson] should have to live with the decision they made. We made ours and are dealing with it. Why should it be any different for them? We SHOULD NOT HELP THEM ONE MICRON." | | | | |
| 213 | | | | Penn to Lovette: : "I agree. We are just allowing our competitor to continue their idiotic ways." | | | | |
| 214 | | | 11/26/2014 | Penn to Lovette and another Pilgrim's employee: "Our competition is offering lower margins on this item. Our competition is also currently shorting Popeye's, King Soopers, and [another customer]. All of which we have been asked to cover this week in very slow markets. So in essence they are cheap and to add insult to injury are short product." | PILGRIMS-0006956340 | 1-115 | 2-194 | |
| 215 | | | | Penn to Lovette and the other Pilgrim's employee: "They are calling us – three tines [sic] this week – to help them cover loads on small birds to their new customers – their new customers with whom they just increased distribution at cheap prices. So – for Thanksgiving should we give Otis a bottle of Crown (aka loads of chicken) or take him to AA (aka make him face the shortage music)?" | PILGRIMS-0006956343 | 1-116 | 2-195 | |
| 216 | | | | Penn to the other Pilgrim's employee: "We are straight up taking Otis to AA. No juice for Otis. Otis must face the music for his misguided actions. Selling cheap in a short market – no bailout for you." | | | | |
| 217 | | | | Penn to the other Pilgrim's employee: "In other words we are not covering the loads for which Tyson is asking for help." | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | *Penn* / *McGuire* INDICTMENT EPISODE(S) -or- RELEVANT CUSTOMER | CONSPIRATOR(S) [*Penn* Defendants *McGuire* Defendants Unindicted] | DATE | CONSPIRATORIAL ACT(S) | SOURCE | CONSPIRACY GUIDE EXHIBIT # | CORRESPONDING *JAMES* LOG ENTRY | OTHER RELEVANT *JAMES* LOG ENTRIES |
| 218 | | | 12/22/2014 | Penn to Lovette: "[Tyson] took this strategy of not worrying about what the competition is doing and it led to the unraveling on a competitive advantage. Have to keep our enemies close and ensure that we are not zigging when the competition is successfully zagging." | PILGRIMS-0005858337 | 1-117 | 2-313 | |
| 219 | Popeye's 2015 Bone-In Promotional Discount (*Penn* ¶¶ 120-26) (*McGuire* ¶ 117-23) | Penn Brady Blake Stiller Tucker Pepper | 3/26/2015 | Pepper called Brady | ATT-ATR001-00000001, P. 64871, Item 58512 | 1-118 | | 2-204 |
| 220 | | | | Pepper called Blake | ATT-ATR001-00000001, P. 64871, Item 58513 | | | |
| 221 | | | | Pepper called Tucker | ATT-ATR001-00000001, P. 64871, Item 58514 | | | |
| 222 | | | | Pepper to another Tyson employee: "I have talked to a couple company's [sic] and they are thinking .02lb for September" and "Only bad thing is everyone else does it, it will be hard not to do it." | TY-000159946 | 1-119 | 2-205, 2-206 | |
| 223 | | | 3/27/2015 | Pepper texted Brady | ATT-ATR001-00000001, Page 1868, Item 31912 | 1-120.1 | | 2-203 |
| 224 | | | 3/27/2015 | Blake called Pepper | ATT-ATR004-00009857, Item 2205 | 1-120 | | |
| 225 | | | 3/31/2015 | Stiller to Penn: "Popeye's is looking to get a $0.02/lb discount from all suppliers for a September promotion. Tyson, Koch, Case, MarJac, Georges, and Claxton have already agreed to the discount." | PILGRIMS-0005861272 | 1-121 | 2-208 | 2-207, 2-209 |
| 226 | Sysco's Line-of-Credit Term (*Penn* ¶¶ 127-28) (*McGuire* ¶ 124-25) | Lovette Grendys | 5/1/2016 | Grendys to Lovette: "Have you herd [sic] that Sysco is going to 65 day terms with their supplies [sic]?" | KOCH_0001174605 | 1-122 | 2-224 | 2-225, 2-226 |
| 227 | | | | Lovette to Grendys: "Yes, we told them NO!" | | | | |
| 228 | | | | Grendys to Lovette: "Ok. Then I am 100 percent on board. If that changes can you please tell me?" | | | | |
| 229 | KFC's Broiler Chicken Products for 2018 (*Penn* ¶¶ 129-135) (*McGuire* ¶¶ 126-35) | Brady Austin Kantola Blake Stiller Tucker Bryant | 1/16/2017 | Calls between Austin and Brady. Between approximately 2:40 p.m. (EST) and approximately 4:51 p.m. (EST), there were at least 5 phone calls between Brady and Austn. | VZW-ATR001-00009436, pp. 593-94 | 1-123 | | |
| 230 | | | 1/17/2017 | Austin called Brady | VZW-ATR001-00009436, pp. 594 | | | |
| 231 | | | | Austin to Tucker and Bryant: "Claxton meets with [RSCS] in [sic] Thursday and i will get a blow by blow Friday morning. Koch meets with RSCS in [sic] Friday." | PILGRIMS-DOJ-0000343592 | 1-124 | 2-236 | |
| 232 | | | 1/18/2017 | Austin called Brady | VZW-ATR001-00009436, pp. 594 | 1-123 | | 2-237 |
| 233 | | | 1/20/2017 | Austin called Brady | VZW-ATR001-00009436, pp. 595 | | | 2-238, 2-239, 2-240, 2-241, 2-242, 2-243, 2-244, 2-246, 2-247, 2-249, 2-251, 2-252, 2-254 |
| 234 | | | 2/17/2017 | Austin to Stiller: "I got off the phone with Rich [Eddington of RSCS] right before that came.  Rich [Eddington] told me that the level for the product they are seeing is $49 a case.  Translated that means 3.75 – 4.0 cents lower than we bid." | PILGRIMS-DOJ-0000915300 | 1-125 | 2-316 | 2-253, 2-255, 2-256, 2-257, 2-258 |
| 235 | | | | Stiller to Austin: "Fucking joke" | PILGRIMS-DOJ-0000915301 | 1-126 | | |
| 236 | | | | Stiller to Austin: "7 cent reduction…. unreal. guess i better find a new 100MM lb customer" | PILGRIMS-DOJ-0000915303 | 1-127 | | |
| 237 | | | | Austin to Stiller: "I don't disagree" | PILGRIMS-DOJ-0000915320 | 1-128 | | |
| 238 | | | | Stiller to Austin: "Need you tell industry we are going to hold" | PILGRIMS-DOJ-0000915346 | 1-129 | | |
| 239 | | | | Austin to Stiller: "Will do" | PILGRIMS-DOJ-0000915360 | 1-130 | | |
| 240 | | | 2/20/2017 | Stiller to Austin: "Shall we plan call for wednesday am to discuss COB? Give you some time to do your due deligence" | PILGRIMS-DOJ-0000915473 | 1-132 | 2-316 | 2-259, 2-260, 2-261, 2-262, 2-265, 2-312 |
| 241 | | | | Brady called Austin | VZW-ATR001-00009436, Pages 606-8 | 1-131 | | |
| 242 | | | | Austin called Kantola | VZW-ATR001-00009436, Pages 606-7 | | | |
| 243 | | | | Kantola called Austin | VZW-ATR001-00009436, Page 606 | | | |
| 244 | | | | Blake called Austin | VZW-ATR001-00009436, Page 606 | | | |
| 245 | | | 2/23/2017 | Austin called Blake | VZW-ATR001-00009436, Pages 606-08 | 1-131.1 | | 2-266, 2-267, 2-268, 2-269, 2-270, 2-271, 2-273, 2-278, 2-280, 2-284, 2-287, 2-301, 2-325, 2-328, 2-332 |
| 246 | Popeye's 8-Piece COB Supply for 2018 and 2019 (*Penn* ¶¶ 136-43) (*McGuire* ¶¶ 136-43) | Brady Mulrenin Blake Gay Cullen Pepper | 9/5/2017 | Gay called Brady | VZW-ATR001-00004200, Page 604 | 1-132.1 | | 2-285, 2-286, 2-288, 2-289, 2-291, 2-293, 2-294 |
| 247 | | | | Pepper called Brady | ATT-ATR001-00000001, Page 67599, Item 103501 | 1-134 | | |
| 248 | | | | Gay called Brady | VZW-ATR001-00004200, Page 604 | 1-132.1 | | |
| 249 | | | 9/6/2017 | Kronauge emailed Pepper: "I did not receive your bid?" | TY-000206379 | 1-133 | | 2-295, 2-300, 2-302 |
| 250 | | | | Pepper called Blake | ATT-ATR001-00000001, P. 67605, Item 103592 | 1-134 | | |
| 251 | | | | Pepper called Mulrenin | ATT-ATR001-00000001, P. 67606, Item 103596-97 | | | |
| 252 | | | | Pepper texted Mulrenin: "U with your customers" | TY-001642732 | 1-135 | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | *Penn /McGuire* INDICTMENT EPISODE(S) -or- RELEVANT CUSTOMER | CONSPIRATOR(S) [*Penn* Defendants McGuire Defendants Unindicted] | DATE | CONSPIRATORIAL ACT(S) | SOURCE | CONSPIRACY GUIDE EXHIBIT # | CORRESPONDING *JAMES* LOG ENTRY | OTHER RELEVANT *JAMES* LOG ENTRIES |
| 253 | | | | Mulrenin texted Pepper: "Yes. What's up?" | TY-001642733 | 1-136 | | |
| 254 | | | | Pepper texted Mulrenin: "Popeyes proposal" | TY-001642734 | 1-137 | | |
| 255 | | | | Pepper texted Mulrenin: "Got a general idea what Georges is doing" | TY-001642735 | 1-138 | 2-296 | |
| 256 | | | | Mulrenin texted Pepper: "Ok. Call Cullen. I will call you as soon as I can" | TY-001642736 | 1-139 | 2-297 | |
| 257 | | | | Pepper texted Mulrenin: "Called Cullen and told him what I heard GEORGES was doing & also told him about Mar Jac. Said would get back with me this afternoon" | TY-001642737 | 1-140 | 2-298 | |
| 258 | | | | Mulrenin to Pepper: "Thanks!" | TY-001642738 | 1-141 | | |
| 259 | | | | Kronauge called Pepper | ATT-ATR001-00000001, Page 67607, Item 103623 | 1-142 | | |
| 260 | | | | Pepper texted Mulrenin: "Just got some info from Popeyes. Everyone seems to be doing 2 years and spreading it out. I was told everyone is coming in at 2 1/4-2 1/2 over 2 years. All other billing weights are at least 1 1/2 less than us except for what I told you Mar-Jac was but they are around .0165 less than us." | TY-001632749 | 1-143.1 | 2-299 | |