# ATTACHMENT A

Known Sample of Blake's Handwriting         Exhibit 2-335 at 1



## Known Sample of Blake's Handwriting

## Exhibit 2-335 at 3