EXHIBIT E



**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*

*Michael T. Koenig*
*Trial Attorney*
*450 5th Street, N.W.*
*Washington, DC 20001*
*(202) 616-2165 (Office)*
*(202) 476-0435 (Cell)*
*Michael.Koenig@usdoj.gov*

August 20, 2021

VIA EMAIL

Mark A. Byrne
Byrne & Nixon LLP
888 West Sixth Street
Suite 1100
Los Angeles, California 90017

      Re:    *United States v. Penn, et al.*, Criminal Action No. 20-cr-00152-PAB

Dear Mark:

      I write in response to your letter dated August 12, 2021 letter.

      The three interview reports from Mr. Little's August 31, 2020 interview are Bates numbered as follows: Little-IRF-ATR001-00000001 to Little-IRF-ATR001-00000003, LITTLE-IRF-ATR001-00000004 to LITTLE-IRF-ATR001-00000005, LITTLE-IRF-ATR001-00000006 to LITTLE-IRF-ATR001-00000007.  In addition to Bates stamped .tif images, we also provided the documents in .pdf format that were linked to the Bates stamped images.  We do not have any additional interview reports from Mr. Little's August 31, 2020 interview.  Attachment 1 referenced in the reports was previously produced and is Bates numbered Little-Notes-ATR001-00000001 to Little-Notes-ATR001-00000004.  We are preparing a production of the remaining attachments referenced in the August 31, 2020 interview reports and will produce them under separate cover.

      The interview report from Mr. Little's September 22, 2020 interview is Bates numbered Little-302-ATR001-00000001 to Little-302-ATR001-00000003.  In addition to Bates stamped .tif images, we also provided the document in .pdf format that was linked to the Bates stamped images.  We do not have any additional interview reports from Mr. Little's September 22, 2020 interview.  The documents referenced in the report were previously produced and are Bates numbered PILGRIMS-0006841221, PILGRIMS-0005800833, and PILGRIMS-0005804283.

Mark A. Byrne
August 20, 2021
Page 2

The interview report from Mr. Little's September 23, 2020 interview is Bates numbered Little-302-ATR002-00000001 to Little-302-ATR002-00000002. In addition to Bates stamped .tif images, we also provided the document in .pdf format that was linked to the Bates stamped images. We do not have any additional interview reports from Mr. Little's September 23, 2020 interview.

The notes related to Mr. Little's interviews are Bates numbered Little-Notes-ATR001-00000001 to Little-Notes-ATR001-00000004, Little-Notes-ATR002-00000001, and Little-Notes-ATR003-00000001. In addition to Bates stamped .tif images, we also provided the documents in .pdf format that were linked to the Bates stamped images. The notes Bates numbered Little-Notes-ATR001-00000001 to Little-Notes-ATR001-00000004 correspond to Mr. Little's August 31, 2020 interview. The notes Bates numbered Little-Notes-ATR003-00000001 correspond to his September 23, 2020 interview. We do not have any additional notes related to Mr. Little's interviews.

In addition to the above interview reports and notes, we have also produced reports related to the search warrant presented to Mr. Little following his August 31, 2020 interview (FBI-ATR008-00000046), calls on September 9 and 10, 2020 with Mr. Little regarding his cellular phone (FBI-ATR008-00000051), and the service of a complaint summons on Mr. Little on September 23, 2020 (FBI-ATR008-00000060).

==We are preparing a production of the Microsoft Word versions of the August 31, 2020, September 22, 2020, and September 23, 2020 interview reports and the September 23, 2020 notes. The production will contain the available metadata for those documents. We only have available a Microsoft Word version of the last draft of the August 31, 2020 interview.==

==We are unable to pull any metadata from the Department of Commerce, Office of Inspector General's case management system to provide in a metadata file as it is not technically possible. For the same reasons, we are also unable to pull any metadata from the Federal Bureau of Investigation's case management system. Documents cannot be removed from the Federal Bureau of Investigation's system, and the date of entry on the report reflects when the document was entered into the system.== October 1, 2020 was the date the notes Bates numbered Little-Notes-ATR002-00000001 and notes Bates numbered Little-Notes-ATR003-00000001 were entered into the Federal Bureau of Investigation's system.

Sincerely,

*[signature]*
Michael T. Koenig