# EXHIBIT I

| | |
|---|---|
| **From:** | securefilecollaboration@doc.gov |
| **Sent:** | Tuesday, September 8, 2020 11:12 AM |
| **To:** | Taylor, Lanard D. (CID)  (FBI)  <ldtaylor@fbi.gov>; Call, Heather (ATR)  <Heather.Call@usdoj.gov>; Butte, Laura (ATR)  <Laura.Butte@usdoj.gov> |
| **Subject:** | LITTLE Interview |



# Koppenhaver, Matthew sent you a secure message

Please see the attached revised copy of the LITTLE interview. Please delete earlier copies.

Respectfully
Matt

Access message

[secured   by kiteworksl]

® Attachments expire on Oct 08, 2020

 1 PDF
IRF--Interview of Jimmie Lee Little.pdf

This message requires that you sign in to access the message and any file attachments.