EXHIBIT M

# Dennis Canty

| | |
|---|---|
| From: | Butte, Laura (ATR) <Laura.Butte@usdoj.gov> |
| Sent: | Monday, September 27, 2021 12:13 PM |
| To: | Dennis Canty; Call, Heather (ATR); Koenig, Michael (ATR) |
| Cc: | Mark Byrne; Jennifer Derwin; Joseph Park |
| Subject: | RE: Broiler Chicken; documents re Little interview |
| Attachments: | 2020-10-01 Email.pdf; 2020-09-30 Email.pdf; 2020-09-03 Email.pdf |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dennis,

The government understands its discovery obligations.  We have reviewed the available metadata and produced the Kiteworks messages from SA Koppenhaver that pertain to the notes and reports of Mr. Little's interview that were sent to SA Taylor and government attorneys.  ==Attached are additional emails between SA Koppenhaver and SA Taylor regarding the notes and reports of interviews of Mr. Little.==  The email dated Sept. 30, 2020 attached the notes previously produced at Little-Notes-ATR002-00000001.  We have also re-reviewed the redactions made to the documents you raised on our call and nothing of substance was redacted, and the redacted material does not relate to the interview of Mr. Little.  To the extent there were communications between SA Koppenhaver and government attorneys regarding the notes and interviews, we are aware of and will continue to abide by our discovery obligations with respect to the information and material we have produced.

Laura

From: Dennis Canty <denniscanty@byrnenixon.com>
Sent: Monday, September 27, 2021 9:41 AM
To: Call, Heather (ATR) <Heather.Call@usdoj.gov>; Koenig, Michael (ATR) <Michael.Koenig@usdoj.gov>; Butte, Laura (ATR) <Laura.Butte@usdoj.gov>
Cc: Mark Byrne <markbyrne@byrnenixon.com>; Jennifer Derwin <jenniferderwin@byrnenixon.com>; Joseph Park <josephpark@byrnenixon.com>
Subject: [EXTERNAL] RE: Broiler Chicken; documents re Little interview

Mike and team –

We need to hear the government's position on the below, please.  Thanks.

From: Dennis Canty
Sent: Thursday, September 16, 2021 4:45 PM
To: Call, Heather (ATR) <Heather.Call@usdoj.gov>; Koenig, Michael (ATR) <Michael.Koenig@usdoj.gov>; Laura.Butte@usdoj.gov
Cc: Mark Byrne <markbyrne@byrnenixon.com>; Jennifer Derwin <jenniferderwin@byrnenixon.com>; Joseph Park <josephpark@byrnenixon.com>
Subject: RE: Broiler Chicken; documents re Little interview

1

Mike (and team) –

We understand that you've had a brief to get out.  Just bringing this back to the top of your inbox, and hope we hear from you soon.  Thanks.

---

From: Dennis Canty
Sent: Saturday, September 11, 2021 1:35 PM
To: 'Call, Heather (ATR)' <Heather.Call@usdoj.gov>; 'Koenig, Michael (ATR)' <Michael.Koenig@usdoj.gov>; 'Laura.Butte@usdoj.gov' <Laura.Butte@usdoj.gov>
Cc: Mark Byrne <markbyrne@byrnenixon.com>; Jennifer Derwin <jenniferderwin@byrnenixon.com>; Joseph Park <josephpark@byrnenixon.com>
Subject: RE: Broiler Chicken; documents re Little interview

Mike (and team) -

Thanks very much for taking the time to speak with us yesterday to try to hash out where we are on these issues.  Per our conversation, what follows is a short summary of our call and "our asks" of the government with respect to the issues raised by the circumstances surrounding the various reports of August 31, 2020 interview of Mr. Little.

The government has produced 3 reports of last year's August 31, 2020 interview of Mr. Little.  ==During our call, you provided us with the following chronology:  Following the August 31 interview, SA Koppenhaver sent an email on September 2, 2020 to counsel for the government attaching the interview report and his notes and the documents shown to Mr. Little during the interview.  After speaking with government counsel, SA Koppenhaver remembered something else and so he added it to the interview report.  On September 8 he sent the revised report to government counsel, spoke with them again, remembered something else, and sent another revised version to government counsel on September 17, 2020.  The version that resulted from this last conversation is the "final" version or the "last draft."==  In your September 6, 2021 letter to us you identified by bates stamp which versions were sent on which dates, and which version is the final / last draft.

You told us during our call that we have all the information to which we are entitled per Jencks, Giglio, and Brady.  We disagree.  As we discussed during our call, the documents you have provided leave many gaps in the chronology and many questions unanswered.  For example, what are the dates each of these versions was created/modified and by whom; were any comments / edits suggested by anyone, including government counsel; what communications exist – texts, emails, collaboration platform messaging, etc. – between SA Taylor and SA Koppenhaver, and/or between the two agents and government counsel, concerning the reports; etc.  The answers to these and other questions are important to determine exactly what happened surrounding the various reports, which are the basis for the Count Two and Count Three charges against Mr. Little.  We believe that the native files for each version of the report and their metadata will contain information to which we are entitled per Jencks, Giglio, and Brady.

In your August 20, 2021 letter to us you agreed to provide us the native files with the metadata for the "last draft" of the August 31 interview and for the interview reports of September 22 and 23 and the September 23 notes.  But in your September 6, 2021 letter to us you backtracked and stated that you will not provide us with that metadata.  During our call we asked why, and you said that you have changed your mind.

We also asked for the substance of any and all communications between government counsel and SA Taylor / SA Koppenhaver concerning the various versions of the reports, but you declined, stating that it is not your policy to divulge communications between government counsel and agents.

We also discussed the redactions on some of the documents.  You said you would go back and take a look at whether further disclosure would be appropriate.

Our Asks

1. We ask the government to produce the native files and metadata for each version of the report and any notes related thereto. If there are any other draft versions of the report or notes that have not yet been produced, we ask that they be produced as well. If you believe some portion of metadata may have sensitive information to which we are not entitled, we can figure out a way to omit, obscure, or anonymize any such information.

2. We ask the government to produce any communications (texts, emails, collaboration platform messaging, etc.) between SA Taylor and SA Koppenhaver concerning the reports and notes.

3. We ask the government to produce any communications concerning the reports and notes (texts, emails, collaboration platform messaging, etc.) between SA Taylor and SA Koppenhaver, on the one hand, and government counsel, on the other hand.

4. We ask that you tell us the substance of any communications government counsel had with the agents that may have contributed to any changes to the reports.

5. We ask that you review the redactions in the attached documents to see whether they can be provided to us unredacted.

We look forward to your prompt response.