IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. **JIMMIE LEE LITTLE,**
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

**ORDER DISMISSING COUNT 2 OF THE
SUPERSEDING INDICTMENT WITHOUT PREJUDICE**

---

Upon the motion of the United States of America and for good cause shown, it is ORDERED that Count Two of the Superseding Indictment in the above-captioned case is hereby dismissed without prejudice.

DATED this ____ day of _____, 2021.

                                BY THE COURT:

                                _____
                                PHILIP A. BRIMMER
                                Chief United States District Judge