# Exhibit A9

# Telephone Calls Between Jimmie Little and Bill Kantola During Review Period



Total: 884

ID: GDX-007  SOURCE: 68000, 8063, 8041  9

# Telephone Calls Between Jimmie Little and Carl Pepper During Review Period



Total: 353

| Year | Calls |
|---|---|
| 2012 | 54 |
| 2013 | 56 |
| 2014 | 91 |
| 2015 | 119 |
| 2016 | 31 |
| 2017 | 2 |

ID: GDX-008          SOURCE: 8000, 8063, 8041, 8042                                                    10

