# Exhibit A1

| Name | Phone number | Minimum time period | User-Identifying Exhibit | Associated Toll Exhibits |
|---|---|---|---|---|
| **Roger Austin** | ███ | 2012–2019 | 8087 | 1236<br>1237<br>1428<br>1614<br>1733<br>1959<br>1960<br>8033<br>8039<br>8087 |
| **Roger Austin** | ███ | 2012–2014 | 335<br>453<br>1524 | 494<br>8008<br>8057 |
| **Ric Blake** | ███ | 2012–2018 | 5021<br>9010<br>8018<br>9258<br>9260<br>9256<br>9257 | 1429<br>1431<br>8004<br>8043 |
| **Ric Blake** | ███ | 2012–2017 | 9010<br>1408<br>9256<br>9257<br>977<br>9151 | 623<br>1425<br>1430 |
| **Scott Brady** | ███ | 2012–2018 | 1540<br>6292<br>1132<br>9145<br>762 | 353<br>354<br>1239<br>8003<br>8053 |
| **Scott Brady** | ███ | 2012–2019 | 8088 | 625<br>981<br>1232 |

| Name | | Years | | |
|---|---|---|---|---|
| | | | | 1241 |
| | | | | 1426 |
| | | | | 8004 |
| | | | | 8025 |
| | | | | 8035 |
| | | | | 8040 |
| | | | | 8043 |
| | | | | 8070 |
| | | | | 8082 |
| | | | | 8088 |
| **Robert Bryant** | ■ | 2013 - 2017 | 6174<br>3039<br>9010 | 1961<br>8033 |
| **Walter Cooper** | ■ | 2014 | 500 | |
| **Mikell Fries** | ■ | 2012–2019 | 8091 | 1240<br>8026<br>8036<br>8091 |
| **Justin Gay** | ■ | 2012–2019 | 8090 | 352<br>764<br>980<br>8004<br>8027<br>8037<br>8043<br>8090 |
| **Kevin Grindle** | ■ | 2014 | 495 | 495<br>8028<br>8029<br>8075<br>8076<br>8094 |
| **Kevin Grindle** | ■ | 2013-2014 | 7013<br>6155<br>405 | |
| **Bill Kantola** | ■ | 2009–2019 | 8041 | 1432<br>8004<br>8043 |

| Name | | Years | | |
|---|---|---|---|---|
| **Bill Kantola** | █ | 2010–2017 | 6263<br>7040<br>9010 | |
| **Kent Kronauge** | █ | 2017 | 744 | |
| **Robert Lewis** | █ | 2008-2014 | 9150<br>9010 | |
| **Jimmie Little** | █ | 2007–2019 | 8041 | 245<br>246<br>584<br>585<br>586<br>586<br>588<br>589<br>1233<br>1235<br>1434<br>5000<br>5001<br>5002<br>8004<br>8043<br>8063<br>8086 |
| **Bill Lovette** | █ | 2007–2019 | 8041 | 8004<br>8043<br>8071<br>8074 |
| **Pete Martin** | █ | 2013–2019 | 8092 | 8031 |
| **Jason McGuire** | █ | 2014 | 9262 | |
| **Tim Mulrenin** | █ | 2007–2019 | 8041 | 8004<br>8043 |
| **Tim Mulrenin** | █ | 2008–2019 | 118<br>1177<br>618 | |

3

| Name | | Dates | | |
|---|---|---|---|---|
| Jayson Penn | ▮ | 2012–2019 | 8024 | 8034 |
| Carl Pepper | ▮ | 2005–2019 | 8041 | 143<br>622<br>624<br>765<br>766<br>1234<br>5020<br>8043 |
| Carl Pepper | ▮ | 2012-2020 | 8042 | |
| Brian Roberts | ▮ | 2007-2019 | 8055 | 1231<br>8067<br>8068 |
| Telly Smith | ▮ | Unspecified | 9264 | |
| Telly Smith | ▮ | Unspecified | 9264 | |
| Tim Stiller | ▮ | 2012–Present | 8084 | |
| Tim Stiller | ▮ | 2010-2017 | 9010<br>9181 | |
| Greg Tench | ▮ | 2013–2019 | 8093 | 496<br>8032 |
| Scott Tucker | ▮ | 2012–2019 | 8089 | 497 |
| Scott Tucker | ▮ | 2014 | 429<br>953 | |
| Searcy Wildes | ▮ | 2010-2013 | 2010<br>6003<br>9159 | |
| Fiesta Restaurant Group | ▮ | 2012-2014 | 557<br>9263 | |
| RSCS (telephone line) | ▮ | 2014 | 1226 | |
| George's (main telephone line) | ▮ | 2014 | 9259 | |

4