IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  JIMMIE LEE LITTLE,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Count 3 of the Superseding Indictment with Prejudice [Docket No. 826]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the United States' Motion to Dismiss Count 3 of the Superseding Indictment with Prejudice [Docket No. 826] is granted. It is further

**ORDERED** that Count 3 of the superseding indictment is dismissed with prejudice as to defendant Jimmie Lee Little.

DATED November 12, 2021.

                                            BY THE COURT:

                                            PHILIP A. BRIMMER
                                            Chief United States District Judge