# Exhibit A

| | |
|---|---|
| From: | Jimmie Little <Jimmie.Little@pilgrims.com> |
| To: | DBradley@churchs.com |
| Sent: | 3/5/2014 11:40:15 PM |
| Subject: | FW: Church's 2014 Supply Agreement-Pilgrim's Pride |
| Attachments: | PPC- Church's Chicken Supply Agmt.exe.030514.pdf |

**Government Exhibit**

20-cr-152-PAB

**3052**

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0004616685