IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB  
Courtroom Deputy: Sabrina Grimm/Robert Keech  

Date: December 7, 2021  
Court Reporter: Janet Coppock  

*Parties:*

UNITED STATES OF AMERICA,

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli
Laura Butte
Jillian Rogowski
Cecilia Cheng

　　Plaintiff,

v.

1. JAYSON JEFFREY PENN,

    Michael Tubach
    Anna Pletcher
    Brian Quinn

2. MIKELL REEVE FRIES,

    Richard Kornfeld
    David Beller
    Kelly Page

3. SCOTT JAMES BRADY,

    Bryan Lavine
    Megan Rahman
    Laura Kuykendall

4. ROGER BORN AUSTIN,

    Michael Feldberg
    Laura Carwile
    Julie Withers

5. TIMOTHY R. MULRENIN,

    Elizabeth Prewitt
    Marci LaBranche

6. WILLIAM VINCENT KANTOLA,

    Roxann Henry
    James Backstrom

7. JIMMIE LEE LITTLE,

    Mark Byrne
    Dennis Canty

8. WILLIAM WADE LOVETTE,

    John Fagg, Jr.
    Frank Schall
    Dru Nielsen
    James McLoughlin
    Catherine Prater

9. GARY BRIAN ROBERTS, and

    Craig Gillen
    Richard Tegtmeier

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 23**

**8:30 a.m.**     **Court in session.**

Defendants' presence is not required for today's hearing.

Discussion regarding jury instructions.

**10:20 a.m.**     **Court in recess.**
**10:38 a.m.**     **Court in session.**

Continued discussion regarding jury instructions.

**12:03 p.m.**     **Court in recess.**
**1:07 p.m.**     **Court in session.**

Discussion regarding posterboards that will be used for closings and jury instructions.

**3:17 p.m.**     **Court in recess.**
**3:38 p.m.**     **Court in session.**

Further discussion regarding posterboards that will be used for closings, jury Instructions, and verdict form.

Discussion regarding the possibility of the jury deliberating on Friday, December 10, 2021.

**5:52 p.m.**     **Court in recess.**

Trial continued.
Total time in court:    07:39