IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: December 15, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

<u>Parties</u>:

UNITED STATES OF AMERICA,

<u>Counsel</u>:

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli
Laura Butte
Jillian Rogowski
Cecilia Cheng

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

Michael Tubach
Anna Pletcher
Brian Quinn

2. MIKELL REEVE FRIES,

Richard Kornfeld
David Beller
Kelly Page

3. SCOTT JAMES BRADY,

Bryan Lavine
Megan Rahman
Laura Kuykendall

4. ROGER BORN AUSTIN,

Michael Feldberg
Laura Carwile
Julie Withers

5. TIMOTHY R. MULRENIN,

Elizabeth Prewitt
Marci LaBranche

6. WILLIAM VINCENT KANTOLA,

Roxann Henry
James Backstrom

7. JIMMIE LEE LITTLE,

Mark Byrne
Dennis Canty

8. WILLIAM WADE LOVETTE,

John Fagg, Jr.
Frank Schall
Dru Nielsen
James McLoughlin
Catherine Prater

9. GARY BRIAN ROBERTS, and

Craig Gillen
Richard Tegtmeier

|  |  |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 28**

**11:15 a.m.     Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note and a potential mistrial.  Defendants will review the proposed modified Allen instruction.

Discussion regarding covid issue.

**11:42 a.m.     Court in recess.**
**12:23 p.m.     Court in session.**

Discussion regarding response to the note.

The Court will provide a modified Allen instruction to the jury.

Discussion regarding attorneys missing at Government's counsel table.

**12:58 p.m.     Court in recess.**
**1:18 p.m.     Court in session.**

Discussion regarding tendered modified Allen instruction.

Jury present.

Court reads the modified Allen instruction to the jury.

Jury excused.

**1:27 p.m.     Court in recess.**
**3:19 p.m.     Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note.

**4:07 p.m.**     **Court in recess.**
**4:30 p.m.**     **Court in session.**

Continued discussion regarding a response to the note.

4:42 p.m.     Jury present.

Jury excused until December 16, 2021 at 8:30 a.m.

Counsel will meet on December 16, 2021 at 8:00 a.m. for further discussion on a response to the jury note.

**ORDERED:   Bond is continued as to all defendants.**

**4:56 p.m.**     **Court in recess.**

Trial continued.
Total time in court:    2:25