IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

       Defendants.

**DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE A JOINT MOTION SEEKING A MODIFIED SUBSTANTIVE PRELIMINARY JURY INSTRUCTION**

Defendants, by and through undersigned counsel, respectfully submit this Joint Motion for Leave to File a Joint Motion Seeking A Modified Substantive Preliminary Jury Instruction, in accordance with the Court's December 22, 2021, Order Resetting Trial Dates and Deadlines (ECF No. 925).

Defendants' motion asks the Court to supplement the substantive preliminary instruction it gave to the jury. Specifically, Defendants request that in addition to providing the instruction setting forth the elements of the crime charged, the Court provide a summary of Jury Instruction No. 18, which describes the conduct that is and is not lawful and aides the jury in assessing whether a conspiracy existed, which is the first element of the Sherman Act violation. (*See* ECF No. 921 at

1

Instruction No. 18). It is clear from the jurors' notes that they struggled with determining whether a conspiracy existed during the first trial. Now that the parties have had a charging conference and have determined that the appropriate instructions to be given to aid the jury in determining whether a conspiracy existed, there is no prejudice in providing a summary of Jury Instruction No. 18 at the beginning of trial. To the contrary, empirical studies establish there is much benefit to be gained in educating the jury on this important topic before it hears the evidence and again afterwards; the repetition greatly facilitates the jurors' retention of the key concepts. Accordingly, Defendants respectfully request that the Court grant leave to file the attached motion to reconsider the joint motion for a substantive preliminary jury instruction.

Dated:  February 3, 2022                              Respectfully submitted,

*s/ John A. Fagg, Jr.*                                                *s/ Michael F. Tubach*
John A. Fagg, Jr.                                                     Michael F. Tubach
MOORE & VAN ALLEN PLLC                                                O'MELVENY & MYERS LLP
Attorney for William Wade Lovette                                     Attorney for Jayson Jeffrey Penn
100 North Tryon Street, Suite 4700                                    Two Embarcadero Center, 28th Floor
Charlotte, NC 28202                                                   San Francisco, California 94111-3823
(704) 331-3622                                                        (415) 984-8700
johnfagg@mvalaw.com                                                   mtubach@omm.com


*s/ Richard K. Kornfeld*                                              *s/ Michael S. Feldberg*
Richard K. Kornfeld                                                   Michael S. Feldberg
RECHT KORNFELD, P.C.                                                  REICHMAN JORGENSEN LEHMAN &
Attorney for Mikell Reeve Fries                                       FELDBERG LLP
1600 Stout Street, Suite 1400                                         Attorney for Roger Born Austin
Denver, CO 80202                                                      750 Third Avenue, Suite 2400
(303) 573-1900                                                        New York, NY 10017
rick@rklawpc.com                                                      (212) 381-1965
                                                                      mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP-DC
Attorney for Timothy R. Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

    *s/ John A. Fagg, Jr.*