Case No. 1:20-cr-00152-PAB   Document 983-2   filed 02/04/22   USDC Colorado   pg 1 of 1


NO EXHIBIT ATTACHED