IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB
Courtroom Deputy: Sabrina Grimm

Date: February 24, 2022
Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |

Defendants.

---

## COURTROOM MINUTES
---

**JURY TRIAL – DAY 3**

**9:35 a.m.     Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury present.

9:38 a.m.     Defendant Austin's opening statement by Mr. Feldberg.

10:00 a.m.     Defendant Little's opening statement by Mr. Canty.

10:16 a.m.     Defendant Roberts' opening statement by Mr. Gillen.

Ms. Prewitt states Defendant Mulreinin will reserve his opening statement to the close of the Government's case.

10:38 a.m.     Defendant Kantola's opening statement by Ms. Henry.

Jury excused.

**11:00 a.m.     Court in recess.**
**11:19 a.m.     Court in session.**

Jury present.

11:22 a.m.     Defendant Blake's opening statement by Ms. Johnson.

Government's witness, Special Agent LaNard Taylor, sworn.

11:46 a.m.     Direct examination of Agent Taylor by Mr. Koenig.

Jury excused.

**12:02 p.m.      Court in recess.**
**1:33 p.m.       Court in session.**

Discussion regarding exhibits admitted through Mr. Sangalis and summary charts.

1:46 p.m.       Jury present.

Continued direct examination of Agent Taylor by Mr. Koenig.

2:23 p.m.       Cross examination of Agent Taylor by Ms. Pletcher.

2:53 p.m. to 2:56 p.m.       Bench conference.

Continued cross examination of Agent Taylor by Ms. Pletcher.

3:02 p.m.       Cross examination of Agent Taylor by Mr. McLoughlin.

Jury excused.

Juror 100433637 remains in the courtroom and has a question.

3:16 p.m. to 3:21 p.m.       Bench conference.

**3:21 p.m.       Court in recess.**
**3:33 p.m.       Court in session.**

Discussion regarding witness scheduling.

3:35 p.m.       Jury present.

Continued cross examination of Agent Taylor by Mr. McLoughlin.

3:39 p.m.       Cross examination of Agent Taylor by Mr. Kornfeld.

3:45 p.m.       Redirect examination of Agent Taylor by Mr. Koenig.

Government witness, Larry Barela, sworn.

3:53 p.m.       Direct examination of Mr. Barela by Mr. Torzilli.

4:05 p.m.       Cross examination of Mr. Barela by Mr. Tubach.

4:08 p.m.       Redirect examination of Mr. Barela by Mr. Torzilli.

4:09 p.m. to 4:24 p.m.       Bench conference.

**ORDERED:** Defendants' Joint Motion to Prevent Government Witness Florence Becker from Authenticating Pete Martin's Handwriting Based on Familiarity Learned at Trial [1099] is DENIED, as stated on record.

Government witness, Florence Becker by VTC, sworn.

4:25 p.m.     Direct examination of Ms. Becker by Ms. Call.

Jury excused until February 28, 2022 at 8:30 a.m.

Discussion regarding sequestration order as to Ms. Becker.

**5:04 p.m.     Court in recess.**
**5:17 p.m.     Court in session.**

Discussion regarding a response to the jury note.  The note is marked as Court Exhibit 1.

Mr. Beller tenders a proposed response to the jury note.

Further discussion regarding the Lovette compensation issues and summary exhibits.

**ORDERED:** Defendants' Joint Motion to Exclude the Government's "Summary Exhibits" [1081] is GRANTED IN PART AND DENIED IN PART, as discussed.

Court will reconvene on February 28, 2022 at 8:20 a.m.

**ORDERED:** Defendants' bond is continued.

**6:13 p.m.     Court in recess.**

Trial continued.
Total time in court:    6:23