# DOJ Indicators of Bid Rigging and Price Fixing

1. Setting identical prices

2. Holding prices firm

3. Refusing to bid

4. Taking turns winning

5. Eliminating or reducing discounts

Source: *Price Fixing, Bid Rigging, and Market Allocation Schemes: What are They and What to Look For, An Antitrust Primer,* U.S. Department of Justice (DOJ)



DEF EXHIBIT
20-cr-152-PAB
**J-214**

# Are Bids and Prices Identical?

## Supplier Bids and Final Prices for Small Bird 8-pc COB for KFC 2013 Contract



Note:  Mar-Jac is not included due to lack of information on initial bid.

Sources:  *KFC 2013 Supplier Bids and Contracts*

10



DEF EXHIBIT
20-cr-152-PAB
**J-215**

# Are Bids and Prices Identical?

## Supplier Bids and Final Prices for Small Bird 8-pc COB for KFC 2015 Contract



Price Per Pound

Legend: Bids (August 2014) — Final Prices (January 2015)

Pilgrim's: $1.1026 / $1.0856
Claxton Chicken: $1.1099 / $1.0669
Tyson: $1.0919 / $1.0762
Koch Foods: $1.0549 / $1.0369
George's: $1.0913 / $1.0307
Mar-Jac: $1.1062 / $1.0775

Note:  Marshall Durbin was acquired by Mar-Jac in 2014 and therefore, does not appear as a supplier here.
Sources:  *KFC 2015 Contracts and Supplier Bids*

11



DEF EXHIBIT
20-cr-152-PAB
**J-216**

# Are Price Changes Identical?

## Dollar and Percent Price Change from 2014 to 2015 for Small Bird 8-pc COB to KFC



Note:  Marshall Durbin was acquired by Mar-Jac in 2014 and therefore, does not appear as a supplier here.

Sources:  *KFC 2014 and 2015 Contracts*

12



DEF EXHIBIT
20-cr-152-PAB
**J-217**