IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.  RICKIE PATTERSON BLAKE,

      Defendants.

---

**UNOPPOSED MOTION FOR ORDER ON SUPPLEMENTAL AGREEMENT REGARDING THE BUSINESS RECORDS FOUNDATION OF DOCUMENTS**

---

The United States of America and all ten defendants, by and through counsel, entered into the Agreement Regarding the Business Records Foundation of Certain Documents (the "Agreement"), (ECF No. 1107-1), and the Court, upon finding of good cause, ordered that all parties to the agreement are governed by the Agreement Regarding the Business Records Foundation of Certain Documents. (ECF No. 1111).

The parties have all agreed to amend the Agreement by adding Attachment C and Attachment D, attached herein, as an addendum to the Agreement. As a result, all Parties request

that this Court enter an order that the parties have amended the Agreement to include Attachment

C and D.


Dated:  March 17, 2022                          Respectfully submitted,

*s/ John A. Fagg Jr.*                           *s/ Michael F. Tubach*
John A. Fagg, Jr.                               Michael F. Tubach
James P. McLoughlin, Jr.                        O'MELVENY & MYERS LLP
MOORE & VAN ALLEN PLLC                          Attorney for Jayson Jeffrey Penn
Attorney for William Wade Lovette               Two Embarcadero Center, 28th Floor
100 North Tryon Street, Suite 4700              San Francisco, California 94111-3823
Charlotte, NC 28202                             (415) 984-8700
(704) 331-3622                                  mtubach@omm.com
jimmcloughlin@mvalaw.com

*s/ Richard K. Kornfeld*                        *s/ Michael S. Feldberg*
Richard K. Kornfeld                             Michael S. Feldberg
RECHT KORNFELD, P.C.                            REICHMAN JORGENSEN LEHMAN &
Attorney for Mikell Reeve Fries                 FELDBERG LLP
1600 Stout Street, Suite 1400                   Attorney for Roger Born Austin
Denver, CO 80202                                750 Third Avenue, Suite 2400
(303) 573-1900                                  New York, NY 10017
                                                (212) 381-1965
rick@rklawpc.com                                mfeldberg@reichmanjorgensen.com


*s/ Bryan Lavine*                               *s/ Elizabeth Prewitt*
Bryan Lavine                                    Elizabeth B. Prewitt
TROUTMAN PEPPER HAMILTON                        LATHAM & WATKINS LLP
SANDERS LLP                                     Attorney for Timothy R. Mulrenin
Attorney for Scott James Brady                  1271 Avenue of the Americas
600 Peachtree St. NE, Suite 3000                New York, NY 10020
Atlanta, GA 30308                               (212) 906-1200
(404) 885-3170
Bryan.lavine@troutman.com                       elizabeth.prewitt@lw.com

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797

jabber@backstromlaw.com


*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700

cgillen@gwllawfirm.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com


*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514

bpollack@robbinsrussell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  March 17, 2022

*s/ John A. Fagg Jr.*
John A. Fagg, Jr.