IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>1.    JAYSON JEFFREY PENN,<br>2.    MIKELL REEVE FRIES,<br>3.    SCOTT JAMES BRADY,<br>4.    ROGER BORN AUSTIN,<br>5.    TIMOTHY R. MULRENIN,<br>6.    WILLIAM VINCENT KANTOLA,<br>7.    JIMMIE LEE LITTLE,<br>8.    WILLIAM WADE LOVETTE,<br>9.    GARY BRIAN ROBERTS, and<br>10.  RICKIE PATTERSON BLAKE,<br><br>    Defendants. | Criminal Case No. 20-cr-00152-PAB |

**DEFENDANTS' PROPOSED RESPONSE TO JURY NOTES**

Defendants, by and through undersigned counsel, propose the following responses to Jury Notes 2 and 3:

**Proposed Response to Jury Note #2:**

The dates in Instruction Nos. 17 and 18 are separate and distinct from the dates in Instruction No. 26. Instruction No. 26 pertains to the statute of limitations. Statutes of limitations are laws that prohibit a criminal conviction of a defendant unless the crime occurs within a stated period of time.

The statute of limitations for the conspiracy charged in this case is five years. As a result, even if the jury would find a Defendant guilty of the charged offense by applying the instructions

1

other than Instruction No. 26, the jury could not convict that Defendant if the jury finds the government failed to carry its burden of proof under the statute of limitations.

**Proposed Response to Jury Note #3:**

Yes.  Instruction No. 26 imposes a requirement—separate from those in Instructions Nos. 17 and 18—that the government must prove beyond a reasonable doubt as to each defendant.  If the government fails to prove the requirements of Instruction No. 26 as to any individual Defendant, you must find that Defendant not guilty.[1]

I also remind you that the charge in this case is not "collusion."  Rather, the indictment charges a violation of Section 1 of the Sherman Act.  The necessary elements of that crime are described in Instruction Nos. 17 through 24.[2]

---

[1] 3 Leonard B. Sand et al., *Modern Federal Jury Instructions-Criminal* § 58.01 (2021) (Unfair Restraint of Trade, 15 U.S.C. §1, Instruction 58-11) (Attachment 1).
[2] *United States v. Guthrie*, 814 F. Supp. 942, 949-50 (E.D. Wash. 1993) (collusion is not an element of a Sherman Act offense).

| | |
|---|---|
| Dated: March 24, 2022 | Respectfully submitted, |
| *s/ John A. Fagg, Jr.* <br> John A. Fagg, Jr. <br> MOORE & VAN ALLEN PLLC <br> Attorney for William Wade Lovette <br> 100 North Tryon Street, Suite 4700 <br> Charlotte, NC 28202 <br> (704) 331-3622 <br> johnfagg@mvalaw.com | *s/ Michael F. Tubach* <br> Michael F. Tubach <br> O'MELVENY & MYERS LLP <br> Attorney for Jayson Jeffrey Penn <br> Two Embarcadero Center, 28th Floor <br> San Francisco, California 94111-3823 <br> (415) 984-8700 <br> mtubach@omm.com |
| *s/ Richard K. Kornfeld* <br> Richard K. Kornfeld <br> RECHT KORNFELD, P.C. <br> Attorney for Mikell Reeve Fries <br> 1600 Stout Street, Suite 1400 <br> Denver, CO 80202 <br> (303) 573-1900 <br> rick@rklawpc.com | *s/ Michael S. Feldberg* <br> Michael S. Feldberg <br> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP <br> Attorney for Roger Born Austin <br> 750 Third Avenue, Suite 2400 <br> New York, NY 10017 <br> (212) 381-1965 <br> mfeldberg@reichmanjorgensen.com |
| *s/ Bryan Lavine* <br> Bryan Lavine <br> TROUTMAN PEPPER HAMILTON SANDERS LLP <br> Attorney for Scott James Brady <br> 600 Peachtree St. NE, Suite 3000 <br> Atlanta, GA 30308 <br> (404) 885-3170 <br> Bryan.lavine@troutman.com | *s/ Elizabeth Prewitt* <br> Elizabeth B. Prewitt <br> LATHAM & WATKINS LLP-DC <br> Attorney for Timothy R. Mulrenin <br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> (212) 906-1200 <br> elizabeth.prewitt@lw.com |
| *s/ Craig Allen Gillen* <br> Craig Allen Gillen <br> GILLEN, WITHERS & LAKE, LLC <br> Attorney for Gary Brian Roberts <br> 400 Galleria Parkway, Ste. 1920 <br> Atlanta, GA 30339 <br> (404) 842-9700 <br> cgillen@gwllawfirm.com | *s/ Mark A. Byrne* <br> Mark A. Byrne <br> BYRNE & NIXON LLP <br> Attorney for Jimmie Lee Little <br> 888 West Sixth St, Suite 1100 <br> Los Angeles, CA 90017 <br> (213) 620-8003 <br> markbyrne@byrnenixon.com |

<table>
<tr><td>

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797

jabber@backstromlaw.com

</td><td>

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514

bpollack@robbinsrussell.com

</td></tr>
</table>

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Michael F. Tubach*
Michael F. Tubach